**FEE PAID**



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY DVE                    DEPUTY

1  SUSHANT GUPTA
2  Plaintiff in Pro Per
3  211 S State College Blvd, #114
4  Anaheim, CA 92806
5  gupts6921@gmail.com
6  Tel: (714) 681-2216
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
   **SOUTHERN DIVISION (SANTA ANA)**
10
11  **SUSHANT GUPTA**, an individual,        Case No.: 8:25-cv-02174-KK-(BFM)
12  Plaintiff,
13                                           **COMPLAINT FOR DAMAGES**
           v.                                **AND INJUNCTIVE RELIEF**
14
15  **CHRISTOPHER M. BRAINARD**,
16  individually and in his capacity as        • 42 U.S.C. § 1983 (Due
    attorney and real estate broker;            Process Violation)
17  **LEE ANN DISALVO**, individually
18  and as agent for dissolved entity;        • 42 U.S.C. § 1983 (Conspiracy
    **INTUITIVE HEALING**                       to Violate Civil Rights)
19  **INSTITUTE LLC**, dissolved
20  California limited liability company;     • Abuse of Process
    **WFG NATIONAL TITLE**
21  **COMPANY OF CALIFORNIA**, a             • Fraud
22  title/escrow company;
    **CITY OF BUENA PARK**,                   • Negligence
23  municipal entity;
24  **BUENA PARK POLICE**                      • Intentional Infliction of
    **DEPARTMENT**, local law                   Emotional Distress (IIED)
25  enforcement agency;
26  **CITY OF FULLERTON**, municipal           • Declaratory and Injunctive
    entity;                                     Relief
27
28  **FULLERTON POLICE**

- 1 -

**DEPARTMENT**, local law
enforcement agency;
**COUNTY OF ORANGE**,
governmental entity;
**ORANGE COUNTY CLERK
RECORDER**, public records office;
**DAVID SLAYTON**, in his capacity
as Executive Officer/Clerk of the
Superior Court of California;
**H. ALDANA**, Deputy Clerk of the
Court;
**MICHELLE GONZALES**, Clerk
(Spring Street Courthouse);
**ADRIANA (Last Name Unknown)**,
Clerk (Norwalk Courthouse);
**JUDGE CINDY PANUCO**, in her
individual capacity for acts taken
without jurisdiction;
**JUDGE MARK E. WINDHAM**, in
his individual capacity for acts taken
without jurisdiction;
**ORANGE COUNTY DISTRICT
ATTORNEY**, in official capacity for
failure to investigate reported crimes,

**LORENA ALBINO**, in her official
capacity as Court Operations
Manager for the Los Angeles
Superior Court;

**JUDICIAL COUNCIL OF
CALIFORNIA**, sued solely for
injunctive and declaratory relief via
the Vexatious Litigant Group;

and DOES 1 through 10, inclusive

Defendants.

DEMAND FOR JURY TRIAL

- 2 -

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and § 1343(a)(3)-(4) because Plaintiff brings claims under 42 U.S.C. § 1983.

2. This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper in the Southern Division (Santa Ana) under 28 U.S.C. § 1391(b) as several defendants reside in Orange County and the events occurred there.

4. This action is not an appeal of any state court judgment or order. Plaintiff does not seek reversal of any ruling issued by the Los Angeles Superior Court. Rather, Plaintiff brings this federal action under 42 U.S.C. § 1983 for ongoing constitutional violations by both state and private actors. The claims raised are based on due process violations, abuse of process, and other independent causes of action, and are not barred by the Rooker-Feldman doctrine, as they do not require the Court to review or overturn any final state court judgment.

## II. PARTIES

1. **Plaintiff Sushant Gupta** is an individual residing in Orange County, California, and the settlor of the Gupta Family Trust.

2. **Defendant Christopher M. Brainard** is a California-licensed attorney and real estate broker, sued in his individual capacity for

acts taken outside the scope of his legal duties and in violation of federal law.

3. **Defendant Lee Ann DiSalvo** is an individual and former operator of the now-dissolved Intuitive Healing Institute LLC, sued in her individual capacity and as agent of said LLC.

4. **Defendant Intuitive Healing Institute LLC** is a dissolved California limited liability company, formerly operated by DiSalvo.

5. **Defendant WFG National Title Company of California** is a title/escrow company holding funds in dispute.

6. **Defendant City of Buena Park** is a municipal entity that failed to investigate reports of fraud and identity theft.

7. **Defendant Buena Park Police Department** is a subdivision of the city, named for failing to act on reported criminal misconduct.

8. **Defendant City of Fullerton** is a municipal entity that also failed to investigate credible complaints.

9. **Defendant Fullerton Police Department** likewise failed to protect the Plaintiff's rights.

10. **Defendant City of Los Angeles** is a municipal government entity.

11. **Defendant County of Los Angeles** is a governmental entity overseeing the Superior Court and various staff.

12. **Defendant County of Orange** is a governmental entity responsible for public law enforcement and administrative functions.

13. **Defendant Orange County Clerk Recorder** is sued for accepting and recording fraudulent liens without verification.

14. **Defendant David W. Slayton** is sued in his official capacity as Executive Officer/Clerk of the LA Superior Court for his role in accepting unauthorized filings.

15. **Defendant H. Aldana**, Deputy Clerk, is sued for her role in processing documents without proper fee payment or legal authority.

- 4 -

16. **Defendant Michelle Gonzales**, Clerk at Spring Street Courthouse, is sued for backdating and processing documents with false information.

17. **Defendant Adriana [Last Name Unknown]**, clerk at Norwalk Courthouse, is included for facilitating or authenticating false documents without due process.

18. **Defendant Judge Cindy Panuco**, sued in her individual capacity for acts taken after disqualification and outside jurisdiction.

19. **Defendant Judge Mark E. Windham**, sued in his individual capacity for accepting ex parte communications and issuing orders without proper service or jurisdiction.

20. **Defendant Orange County District Attorney**, sued in his official capacity for failure to investigate clear evidence of criminal activity despite repeated complaints.

21. **Defendant Lorena Albino** is the Court Operations Manager for the Los Angeles Superior Court, Central Civil Operations, and is sued in her official capacity for her role in processing and forwarding vexatious-litigant prefiling orders despite errors, omissions, or premature filings in violation of Plaintiff's due-process rights.

22. **Defendant Judicial Council of California** is a state entity responsible for the administration of the courts, and operates the "Vexatious Litigant Group" which maintains and publishes the vexatious litigant list. The Judicial Council is named solely for the purposes of declaratory and injunctive relief related to the maintenance of the list and enforcement of prefiling restrictions.

23. Plaintiff is currently unaware of the true names and capacities of Defendants sued herein as DOES 1 through 10, inclusive, and therefore sues these defendants by such fictitious names pursuant to Federal Rule of Civil Procedure 10(a). Plaintiff will seek leave to amend this Complaint to allege their true names and capacities when ascertained. Each of the fictitiously named DOE defendants is responsible in some manner for the acts, omissions, violations, injuries, and damages alleged in this Complaint. Plaintiff is informed and believes, and thereon alleges, that each DOE

defendant acted in concert with, or was an agent, co-conspirator, or representative of the other defendants, and is therefore jointly and severally liable.

## III. FACTUAL ALLEGATIONS

1. Plaintiff Sushant Gupta is an individual residing in Orange County, California, and the settlor of the Gupta Family Trust. He is the rightful owner of funds currently held in escrow by Defendant WFG National Title Company of California ("WFG") arising out of a real estate sale in April 2025.

2. Defendant Christopher M. Brainard is an attorney licensed in California and a real estate broker who has engaged in misconduct including but not limited to ex parte communication, falsification of court documents, submission of fraudulent liens, and abuse of court processes.

3. Defendant Lee Ann DiSalvo is an individual who has acted in her personal capacity and as the agent or member of the now-dissolved entity Intuitive Healing Institute LLC. She has participated in vexatious litigation, submission of false claims, and racial and emotional harassment of Plaintiff.

4. Plaintiff asserts that the dissolution of Intuitive Healing Institute LLC occurred before sanctions were entered in its name, and Defendant Brainard never filed a first appearance fee or substitution of attorney on behalf of this LLC. The court improperly allowed filings and sanctions without verifying proper representation.

5. Defendants Brainard and DiSalvo have made multiple extrajudicial attempts to collect funds held by WFG, including threatening Plaintiff's real estate agent and submitting fraudulent writs and liens to county recorders and courts, using Plaintiff's stolen Social Security number and false court documents. Brainard again filed a

fraudulent filing on September 22, 2025 ( return of writ) in which he mentioned that $21,500 writ came unsatisfied from Santa Clara sheriff, when I contacted the Santa Clara sheriff, he said that they haven't received any writ like this( Please see Exhibit Y and Y1), it has become a habit of attorney Brainard to lie and file fraudulent documents in the court, because the Los Angeles court is not doing anything about it, that is why I was forced to come to the Federal court regarding this. This needs to stop.

6. Plaintiff was declared a vexatious litigant on October 14, 2024 by Judge Mark E. Windham despite not qualifying under the criteria of Code of Civil Procedure § 391. The VL-100 form was not properly served, and at least four of the five cases cited as the basis were settled, and one was never filed.

7. The vexatious litigant order was allegedly submitted to the Judicial Council on October 14, 2024, but Plaintiff did not appear on the public list until May 2025 — only after he informed the court that he was not listed. The VL-100 was not available on the court docket until March–April 2025 and included a new address not provided to the court until March 25, 2025, suggesting the document was backdated.

8. The sanctions motion for $23,816 was filed on October 3, 2024, after the case was already dismissed on October 1, 2024. Judge Panuco granted the motion without ensuring payment of first appearance fees by Brainard or allowing Plaintiff meaningful due process to respond. No 21 day safe Harbor provision was provided either, the clerks were not supposed to accept the sanction motion as the case was already dismissed.

9. Plaintiff further alleges that Defendant Brainard engaged in unethical and unlawful conduct during the October 14, 2024 hearing on the vexatious litigant motion. Specifically, Brainard submitted a proposed order to Judge Windham as an ex parte communication and claimed it was attached to a "final reply" which Plaintiff never received. Despite this, Judge Windham adopted the proposed order without inquiring whether it had been served on Plaintiff, who was appearing remotely by telephone. This constitutes a significant violation of due process.

- 7 -

10. Text messages exchanged between Plaintiff and Defendant Brainard on or around February 26–27, 2025 indicate that Brainard attempted to solicit legal representation from Plaintiff while simultaneously representing the opposing party. In the same exchange, Brainard made disturbing claims that judges in the Los Angeles Superior Court share in the sanctions awarded, further eroding confidence in the impartiality of the judicial process.

11. Despite multiple reports, neither the Buena Park Police Department, the Fullerton Police Department, nor the Orange County District Attorney have taken action against the fraudulent activity reported by Plaintiff, including identity theft, unauthorized use of Plaintiff's Social Security number, and the filing of forged court documents and liens.

12. Plaintiff was forced to attend a recovery center for emotional distress caused by the cumulative effects of these actions, including biased judicial treatment, ex parte judicial communications, tampering with court records, and retaliatory sanctions.

13. Plaintiff requests that the federal court order a forensic examination of the metadata and filing history of the VL-100 form entered in the Spring Street Courthouse, as the form includes an address that was not on file until March 25, 2025, and appears to have been backdated and improperly filed.

14. Plaintiff requests venue in Santa Ana, Orange County, due to a lack of trust and concern over impartiality in the Los Angeles Superior Court, which has demonstrated systemic tolerance of Defendant Brainard's misconduct and unlawful filings.

15. Defendant Brainard falsely filed an automatic extension declaration under penalty of perjury, asserting he called Plaintiff three times before filing a vexatious litigant motion. Plaintiff has phone records showing no such calls were ever received.

16. Brainard's proofs of service are consistently fraudulent, and he submitted contradictory fee amounts in memoranda of costs, including inflated or edited filing fee statements.

17. Despite Plaintiff dismissing the case on October 1, 2024, Brainard
filed a $23,816 sanctions motion on October 3, 2024, after
jurisdiction had already been lost by the court.

18. Brainard never paid first appearance fees for Kristen Lahey or
Intuitive Healing Institute LLC nor he filed substitution of attorney
for these entities. Documents falsely reflect that he paid $239,
when the actual filing fee is $73.41.

19. The $23,816 motion includes multiple exaggerated costs and time
entries; Brainard falsely claims 7+ hours of phone calls with
Plaintiff, when call logs show only 24 minutes total.

20. The same motion states contradictory fee disclosures—claiming
both paid and unpaid fees—which raises serious questions of fraud
upon the court.

21. Four out of five cases cited in the VL motion were previously
settled, and the fifth was never filed. Despite this, Judge Windham
declared Plaintiff vexatious without granting time to retain
counsel.

22. Brainard submitted a proposed order during the VL hearing
without serving it to Plaintiff; Judge Windham failed to inquire if
service occurred. This ex parte communication violated due
process.

23. Plaintiff is the rightful beneficiary of approximately $36,000 held
in escrow with Defendant WFG National Title. Plaintiff is aware
that Defendants Brainard and/or Disalvo have made fraudulent and
misleading claims upon those funds despite the following:

24.    Judge Cindy Panuco has completely misused her position as a
Judge, she did not check if attorney Brainard is even authorized to ask for
sanctions for Intuitive Healing Institute LLC, Brainard never paid First
appearance fee or filed for substitution of attorney for "Intuitive Healing
Institute LLC" or "LLC", he had no authority to ask money or sanctions
for the "LLC", secondly my friend "Raj Chauhan " already informed the
court that due to being declared a vexatious litigant on October 14th 2024,
I attempted suicide, went to recovery center for three days, and was in
therapy and medication, the sanction hearing was suppose to take place
on December 3rd 2024, the court changed the date to December 5th 2024,
that notice was returned back to the court undeliverable( and that was

locked by the court so that I cannot see it), despite of all this Judge Panuco went ahead with the hearing and granted the whole $23816, when on the last page of the $23816 motion it is clearly mentioned that Brainard paid $0 for the LLC motion, that clearly states that he never paid the first appearance fee or substituted for the LLC.

Moreover judge Panuco believes in favoritsm, she is not neutral, and takes sides, like for example, in the case of ( 23STCP04310 – Garza vs Lisa Holder), judge Panuco decided in favor of Lisa Holder(defendant) when Garza already won the amount against Lisa Holder or "Holder" in arbitration, that is because Judge Panuco knew "Lisa Holder" from "Hadsell Stormer & Renick LLP" law firm, Judge Panuco was supposed to recuse herself from the case, but she decided to stay and decide in favor of "Lisa Holder" whom she knew( I can provide the whole case to the court if requested).

In my case too judge Panuco, let my social security number left open in public, despite me asking in the ex parte to redact it, she did not take any action against attorney Brainard when he sent me a fake Notice of sale with my stolen social security number, she did a slight admonishment of him, which is like slap on the wrist, she continued my April 24th 2025 hearing ( to vacate the $23816 sanctions) to May 12th 2025 without any reason( when I waited for the hearing for two months), she placed prefiling conditions against me since December 5th 2024 when I was not even in the vexatious Litigant list( I was added in the Vexatious litigant list after May 5th 2025 when I voluntarily told Judge Panuco that I am not on the vexatious litigant list), Judge Panuco always let attorney Brainard and Lee Ann Disalvo speak more than me and insult me in the court, Brainard asked Judge Panuco to send me to Jail, that his family is in danger because of me, Lee Ann Disalvo or "Disalvo" stated in the court that I am harassing her( after she lost two restraining orders against me), she also said that I am illegal in America, afraid of ICE, that is why I am not coming to the court and I should go back to India, Judge Panuco allowed all these statements in the court without striking them or taking any action against Brainard or "Disalvo". When I told judge Panuco that attorney Brainard never substituted for "Kristen Lahey" or "Lahey" and "LLC" (which I came to know after he substituted out of the case on June 10th 2025 and I noticed he only substituted out for Lee Ann Disalvo only, when on June 3rd 2025 hearing he clearly stated that he will be substituting out of all the defendants), judge Panuco set an OSC for July 29th for Brainard to ask him that will he be substituting for "Lahey" and

"LLC", now that's completely opposite of what I was alleging, coming on July 29th 2025 hearing, (please see Exhibit X), I requested a court reporter to be present on all the future dates including June 23rd 2025, and it was filed on June 17th 2025, despite of this Judge Panuco did not call the court reporter when Brainard came to the OSC, I kept on asking the court to start the session after the court reporter comes, and Judge Panuco was asking me that when did I request for the court reporter, when the court reporter was present from the beginning of the hearing of June 23rd and June 26th 2025, it shows it was done on purpose, Brainard came for the hearing of OSC and I had also filed a motion for Sanction and discipline of Brainard for filing the "Fake notice of Sale", Brainard said that he does not need to substitute in as I already dismissed the case on October 1st 2024, and he is an attorney for residual purposes only for "Lahey" and "LLC", and the court discharged him from both – the OSC and also from my motion for Sanction and discipline of Brainard, court reporter came after Brainard was discharged, It was all staged, and it clearly states that Judge Panuco is not neutral, and she likes to trick and misusing her position as a judge.

Additionally, on June 26th 2025 I disqualified Judge Panuco third time, the reason was that she lied on June 23rd 2025 hearing when asked that when the VL-100 was sent to the Vexatious Litigant group and when was it mailed to me, to which she replied that it was sent on October 14th 2024 to the Vexatious Litigant group and was mailed to me on October 15th 2024, no certificate of mailing exists on the court's docket for October 15th 2024 and there is no way that VL-100 was sent to the vexatious litigant group on October 14th 2024 because it was not on the court's docket before March 25, 2025 and VL-100 has a address which I provided to the court only after March 25, 2025, additionally I subpoena records from the Vexatious litigant group, and they emailed me that the court sent the VL-100 to the Vexatious Litigant group on May 5th 2025, the same day I told the court that I am not on the Vexatious Litigant list, and on May 7th 2025 Judge Panuco told me at the hearing that the court sent the VL-100 to vexatious Litigant group on October 14th 2024 and is continuously processing it, and due to some reason I am not on the vexatious litigant list, I caught her lie and gave her the third disqualification, and out of anger she put additional sanction of $21,500, plus a bond of $10,000 and $1500 for each filing I will file in the court, she was making faces while making this ruling, she was angry and her face was red. ( I think the court knows that attorney Brainard did not pay

the first appearance fee for "Lahey" and "LLC"), that is one of the reasons(other than several other reasons), the court did not send the VL-100 to the vexatious litigant group on October 14th 2024, additionally "Kristen Lahey's" name is spelled incorrectly both on the Vexatious Litigant ruling and on the VL-100.

So what I am trying to tell is that I did not get fair treatment and justice from Judge Panuco, and when she was disqualified, she should have stepped aside and let the other judge rule on the matter, this is the reason I am coming over to the Federal court, I am very scared of filing anything more in the Los Angeles superior court, they are understaffed, Department 26 never picks up their phone, all of my filings get rejected, there is no one to talk to, when I send any letter to the presiding judges they send me a response in a one page letter, brushing off all of my allegations and providing no relief.

- Brainard previously emailed Plaintiff and WFG disclaiming any right to the funds;
- The sanctions order upon which the claim is based is under appeal and tainted by due process violations;
- The entity listed in the judgment—Intuitive Healing Institute LLC—is dissolved;
- No first appearance fee or substitution of attorney was ever properly filed for the LLC.

25. Plaintiff will suffer irreparable harm if WFG disburses the funds based on fraudulent or legally defective claims. WFG has not responded to Plaintiff's emails or requests to hold funds pending judicial clarification. Plaintiff seeks injunctive relief to halt disbursement until this Court can determine rightful ownership and prevent further unjust enrichment.

**IV. CLAIMS FOR RELIEF**

**Count 1 –**

**Violation of Civil Rights (42 U.S.C. § 1983 – Procedural Due Process)**

Against: Christopher M. Brainard, Judge Mark E. Windham (in personal
capacity), Judge Cindy Pánuco (in personal capacity), Clerk Michelle
Gonzales, Clerk H. Aldana, Clerk Adriana, David Slayton, Los Angeles
Superior Court (injunctive relief only), and County of Los Angeles

Plaintiff alleges that Defendants deprived him of constitutionally
protected property and liberty interests without adequate notice, service,
or a meaningful opportunity to be heard. This includes the wrongful entry
of vexatious litigant orders and sanctions without service of motions,
failure to enforce appearance fee requirements, and acceptance of ex
parte communications in violation of fair hearing standards. Such acts
were under color of state law and constitute a pattern of abuse of court
procedure in violation of the Fourteenth Amendment.

**Count 2 –**

**Conspiracy to Violate Civil Rights (42 U.S.C. § 1983 & § 1985)**

Against: Christopher M. Brainard, Lee Ann Disalvo, and others acting in
concert with state officers

1

2 Plaintiff alleges that Defendants knowingly conspired with public
3 officials and used court procedures to inflict harm through fraudulently
filed liens, misuse of judicial processes (e.g., false writs, forged notices
4 of sale), and the abusive application of vexatious litigant laws. This
5 conspiracy deprived Plaintiff of equal access to the courts, caused
6 reputational harm, and chilled his First Amendment rights.

7

8

9

10

11 **Count 3 –**

12 **Fraud / Constructive Fraud / Abuse of Process**

13

14

15 Against: Christopher M. Brainard, Lee Ann Disalvo, Intuitive Healing
16 Institute LLC (dissolved), and County of Orange (via Clerk Recorder)

17

18 Defendants submitted materially false documents, including a fake notice
19 of sale, inflated legal costs in sanction motions, false statements under
oath, and documents with altered or fabricated proof of service. Brainard
20 misrepresented facts to both the court and third parties (e.g., escrow
21 officers, lien recorders), including ex parte filings without notice to
Plaintiff. This abuse of legal process was intended to extract financial
22 benefit and reputational harm to Plaintiff.

23

24

25

26

27 **Count 4 –**

28 **Negligence / Gross Negligence**

Against: County of Orange (via Clerk Recorder), Orange County District
Attorney, City of Buena Park, City of Fullerton, and WFG Title

These Defendants had a duty to ensure accuracy, impartiality, and lawful
processing of documents and investigations. Their failure to prevent the
filing and recording of forged notices and fraudulent liens, and failure to
investigate credible criminal complaints, foreseeably caused Plaintiff
financial loss, emotional distress, and procedural entanglements. WFG
Title also contributed by ignoring communications and refusing to
interplead or protect the escrow funds timely.

**Count 5 –**

**Intentional Infliction of Emotional Distress (IIED)**

Against: Christopher M. Brainard, Lee Ann Disalvo, Judge Mark
Windham (in personal capacity), Judge Pánuco (in personal capacity),
and Los Angeles Superior Court (injunctive relief)

Plaintiff was subjected to extreme and outrageous conduct including
racial harassment, reputational smears (e.g., allegations of threats to life),
repeated unlawful filings, and collusion with judicial officers to silence
or punish him for exercising legal rights. These acts caused Plaintiff to
attend a recovery center, seek therapy, and suffer ongoing trauma,
anxiety, and emotional hardship.

**Count 6 –**

**Declaratory and Injunctive Relief**

Against: Los Angeles Superior Court, WFG Title, Clerk Recorder (Orange County), and All State Actors

Plaintiff seeks a declaratory judgment that the vexatious litigant orders and sanctions were entered without proper notice, jurisdiction, or representation, and injunctive relief ordering:

- Removal or stay of liens or abstracts of judgment pending proper review
- Restraining order preventing WFG from disbursing funds to defendants without judicial approval
- Forensic audit of the VL-100 metadata and docket history
- Judicial clarification of rights and restrictions imposed on vexatious ——litigants under California law.
- Preservation of Plaintiff's rights to appeal, file writs, and receive TRF reimbursements.

**Count 7 - Additional Harassment and Abusive Litigation Tactics by Defendant Brainard**

- Plaintiff further alleges that Defendant Christopher M. Brainard engaged in repeated, deliberate attempts to harass and mislead Plaintiff by abusing court procedures. In one such instance, Brainard served a restraining order petition on Plaintiff **by email**, without including a valid case number. When Plaintiff inquired

about the case number, Brainard provided a **fraudulent case number** in what appears to have been an attempt to secure a **default restraining order**. Plaintiff was forced to independently investigate and determine the correct case number, and subsequently appeared at the hearing, to the apparent surprise of Brainard.

- Despite Brainard's deceptive tactics, the restraining order was **denied in full** by Judge Kimberly Repecka. Plaintiff prevailed, and Brainard and DiSalvo were **unsuccessful in obtaining the order**. However, the court **failed to sanction or discipline Brainard**, even after noting that he had filed the petition as a **co-petitioner rather than as an attorney**, an apparent attempt to bypass procedural scrutiny.

- Moreover, Brainard emailed Plaintiff a **fraudulent sanctions motion** demanding $29,500 in purported attorney's fees related to the restraining order matter, despite never filing the motion with the court. He also served Plaintiff with **over 600 pages of legal pleadings just five days before the court hearing**, imposing an unreasonable burden on Plaintiff and violating principles of fairness and due process. Despite Plaintiff raising these concerns, the court again declined to admonish or sanction Brainard.

- Plaintiff respectfully notes that while Judge Repecka ultimately ruled correctly in denying the restraining order, her demeanor suggested she may have been under **undue pressure,** as she declined to issue sanctions against Brainard for conduct that clearly warrants professional discipline. Based on the cumulative pattern of behavior across multiple hearings and filings, Plaintiff reasonably believes that Brainard may have **improper relationships or influence within the Los Angeles Superior Court**, allowing him to avoid accountability despite his consistent misuse of the legal system.

**V. PRAYER FOR RELIEF**

Plaintiff respectfully seeks:

1. Declaratory judgment that the vexatious litigant designation was unlawfully imposed.

2. Injunctive relief prohibiting enforcement of the VL-100, the $23,816 and $21,500 sanctions, and prohibiting WFG from disbursing funds to Brainard or DiSalvo.

3. Order directing forensic examination of the metadata for VL-100 in Spring Street Courthouse.

4. Attorney Brainard be disciplined and referred to appropriate authorities for his fraudulent activities, creating and filing false paperwork, framing people, lying under oath, both vocally and on papers in the court.

5. Nominal damages of $1.

6. Compensatory damages:

   o **Christopher M. Brainard**

   Amount Requested: $100,000
   Basis: Fraudulent sanctions motion ($23,816), fake proof of services, backdated filings, ex parte communications, unauthorized practice, forged lien, impersonation, identity theft, emotional distress, and severe abuse of legal process.

   o **Lee Ann DiSalvo**

   Amount Requested: $75,000
   Basis: Conspiracy, false restraining orders, fraudulent lien, misrepresentation as therapist and LLC owner, attempted interference with escrow funds, mental/emotional distress.

o **Intuitive Healing Institute LLC (dissolved)**

Amount Requested: $25,000
Basis: Entity used to launder litigation claims, seek improper sanctions via Brainard, falsify court filings despite dissolution.

o **WFG National Title Company of California**

Amount Requested: $0

Basis: Improper handling of disputed escrow funds, failure to acknowledge withdrawal emails from Brainard, delay in resolution causing potential $25,000 loss, stress, and obstruction.
Currently seeking injunction relief only

Currently seeking injunctive relief only. However, Plaintiff reserves the right to amend this complaint to seek compensatory or consequential damages if WFG disburses funds improperly in violation of legal process, or if Plaintiff suffers financial harm as a direct result of such disbursement.

This reservation is made in good faith and without waiver of any future claims for damages, equitable relief, or sanctions, should such be justified by future conduct.

o **City of Buena Park** (including **Buena Park Police Department**)

Relief Requested: Money damages in the amount of $25,000.

Basis: Pursuant to Monell, the City maintained a policy, practice, or custom of refusing to process or investigate fraudulent lien and identity theft complaints from Plaintiff, while processing those of others, thereby denying Plaintiff equal protection of the laws.

o **City of Fullerton** (including **Fullerton Police Department**)

Relief Requested: Money damages in the amount of $25,000.

Basis: Same as above, plus failure to take any corrective
measures despite repeated notice, evidencing deliberate
indifference to Plaintiff's rights.

o **County of Los Angeles**

Amount Requested: $50,000
Basis: Misuse of vexatious litigant procedures, enforcement of
sanctions after dismissal, aiding biased judges, ignoring judicial
misconduct complaints.

o **County of Orange**

Amount Requested: $50,000

Basis: The County of Orange, through its Clerk-Recorder's Office,
accepted and recorded a fraudulent lien in the amount of $23,816
submitted by Defendant Brainard, despite notice of irregularities,
thereby clouding Plaintiff's property title and causing financial harm.
In addition, Defendant Brainard has attempted to record another
judgment lien in the amount of $21,500, which the Clerk-Recorder
has failed to prevent despite prior notice. This demonstrates a custom
and practice of accepting fraudulent or improper filings without
safeguards, depriving Plaintiff of due process and property rights
under the Fourteenth Amendment.

o **Orange County Clerk Recorder**

Amount Requested: $0 (injunctive and declaratory relief
only)

Basis: Plaintiff seeks declaratory and injunctive relief
requiring the Clerk-Recorder's Office to adopt safeguards to
prevent the recording of fraudulent liens and to provide

meaningful review and response to citizen complaints regarding improper filings.

o **Orange County District Attorney**

Amount Requested: $0
Basis: Plaintiff seeks declaratory and injunctive relief requiring the District Attorney's Office to implement and follow policies ensuring fair review of citizen complaints of fraud, forgery, and impersonation, without discrimination or arbitrary refusal to act.

o **David Slayton (Clerk of Court, Admin. Office)**

Amount Requested: $25,000
Basis: Misadministration of VL filings, Accepted filings of Christopher M Brainard without checking if he has any authority to file, Attorney Brainard had no first appearance fee, no substitution of attorney for Kristen Lahey and Intuitive Healing Institute LLC, failure to supervise or audit clerks' actions, enabling due process violations, Didn't check if the attorney Christopher M Brainard paid the first appearance fee/filed for substitution of attorney

o **H. Aldana (Deputy Clerk)**

Amount Requested: $15,000
Basis: Accepted filings of Christopher M Brainard without checking if he has any authority to file, Attorney Brainard had no first appearance fee, no substitution of attorney for Kristen Lahey and Intuitive Healing Institute LLC, failure to supervise or audit clerks' actions, enabling due process violations, Didn't check if the attorney Christopher M Brainard paid the first appearance fee/filed for substitution of attorney

- o **Michelle Gonzales (Spring St. Clerk)**

  Amount Requested: $0
  Basis: Mishandling of VL filings, backdated the VL-100, never mailed the VL-100 to me, VL-100 was created after March 25, 2025 when I provided my new address to the court which was – PO BOX 2028, Fullerton CA 92837, VL-100 was backdated around after March 25, 2025 and a stamp of October 14th 2024 was put onto it, On October 14th 2024 PO BOX 2028, Fullerton CA 92837 did not exist.

- o Adrina [Last Name Unknown] (Norwalk Clerk)

  Amount Requested: $15,000
  Basis: Similar conduct as above, record tampering or obstruction during disqualification proceedings.

- o **Judge Cindy Pánuco (individual capacity only)**

  Relief Sought: Declaratory relief that her issuance of the vexatious litigant order and post-disqualification rulings violated Plaintiff's due process rights; and injunctive relief preventing further enforcement of unconstitutional vexatious litigant restrictions.

  Basis: Ruled after disqualification, showed favoritism (Lisa Holder matter), issued prefiling order unlawfully, denied due process.

- o **Judge Mark E. Windham (individual capacity only)**

  Relief Sought: Declaratory relief that his acceptance of ex parte proposed orders and issuance of a vexatious litigant order violated Plaintiff's due process rights; and injunctive relief prohibiting further enforcement of unconstitutional vexatious litigant restrictions

  Basis: Accepted ex parte proposed orders, did not ensure service of documents, rude and dismissive conduct, improper VL order.

○ **Judicial Council of California / Vexatious Litigant Group**

Plaintiff seeks only declaratory and injunctive relief against the Judicial Council of California, including its administration of the vexatious litigant list, as money damages are barred by sovereign immunity. Specifically, Plaintiff requests:

1. Declaratory Relief – A declaration that Plaintiff's placement on the vexatious litigant list, and the procedures used by the Judicial Council in administering that list, violated Plaintiff's constitutional rights to due process and access to the courts.

2. Injunctive Relief – An order directing the Judicial Council of California to remove Plaintiff from the vexatious litigant list, and prohibiting the Judicial Council from enforcing or maintaining any vexatious litigant restrictions against Plaintiff unless and until constitutionally adequate procedures are followed.

○ **Lorena Albino (Vexatious Litigant Clerk)**

Amount Requested: $15,000

Basis: Failed to ensure validity before listing plaintiff on vexatious litigant index, contributing to reputational and procedural damage.

7. Injunctive Relief against Defendant WFG National Title Company to restrain disbursement of escrow funds currently held, pending final adjudication or interpleader action.

8. Declaratory Judgment that Plaintiff is the equitable owner of the escrow funds and that disbursement to Defendants Disalvo,

Brainard, or the dissolved LLC would constitute unlawful conversion and a due process violation.

9. Costs of suit.

10. Any further relief the Court deems just and proper.

## VI. EXHIBIT INDEX (to be attached)

Exhibit A – Brainard's Automatic Extension declaration (with phone log)

Exhibit B – Brainard's false Memoranda of Costs

Exhibit B1 – Court can see the exact costs when I dummy tested the court website. ( Brainard edited the PDF to make more money from the sanctions)

Exhibit C – Sanctions Motion ($23,816) + last page (shows $0 paid)

Exhibit D – Phone call logs proving short durations

Exhibit E – Text messages from Feb 26–27 re solicitation and judge remarks

Exhibit F – VL-100 with backdated address and metadata anomalies

Exhibit G – Evidence showing 4 of 5 VL-cited cases were settled

Exhibit H – Denied ex parte requests (seeking attorney time)

Exhibit I – Email history with OCDA and Police Departments

Exhibit J – Evidence of WFG silence or nonresponse

Exhibit K – Recovery center records, therapy notes (emotional distress)

Exhibit L - Proof of missing Substitution of Attorney/ First appearance fee for Kristen Lahey and Intuitve Healing Institute LLC

Exhibit M - Proof that WFG is about to disburse funds (October 1st deadline)

Exhibit N - Proof of Vexatious Litigant list entry delay / omission

EXHIBIT O – Dismissal of the case 24STLC04501 on October 1 2024

EXHIBIT P – Fullerton Police report

EXHIBIT Q – Buena Park Police report

EXHIBIT R- Both the restraining orders (25STRO02057 and 25STRO00958), 25STRO02057 served by email (deleted the case number, when asked the case number provided a bogus 35STRO02057 case number stuck on each page of the restraining order, wanted me not to appear and take a default restraining order)
This shows a pattern of Fraudulent personality of Mr. Christopher M Brainard, and as Los Angeles superior court is not taking any action on him, his courage of creating fraudulent documents is increasing day by day.

EXHBIT S – Sent me a $29500 sanction motion related with 25STRO02057 by email, but did not file it with the court, another cheap attempt to scare the opposing litigant(Only first page attached of the motion, will provide the whole motion if the court request)

All this shows a pattern that attorney Brainard intention is not to serve the papers properly and tries to take a default judgment

against the opposing party. He has been doing this from a long time and this needs to stop.

EXHIBIT T – Due to fraudulent activities of attorney Christopher M Brainard, he has been put in the OCTC diversion program, and his complaint has been forwarded to the CRU.

EXHIBIT U – Attorney Christopher M Brainard did the same with another person "Diana Volek", did not serve her, and took a default restraining order against her, due to his contacts in Los Angeles superior, a commissioner who was not authorized to grant the restraining order without the consent of the opposing party (Diana Volek), did grant the restraining order. That restraining order was void and not valid, Diana Volek was made to believe for a long time that she is restrained by a restraining order.

EXHIBIT V- Letter from OC clerk recorder, despite of telling them that the lien has been recorded with a stolen social security number, and I have a police report, they did not cancel the lien, and did not do anything, they are liable for my damages, they should have cancelled the lien right away.

Exhibit W – Sanction motion of $23816 was changed from December 3rd 2024 to December 5th 2024, the court mail regarding this went back to the court, when the mail went back to the court, the court locked it and it is not visible on the court's docket, only because of kind person Civil Supervisor "Jeff Lipp" I got to know about it, I had to drive to the court, to get a copy of this returned court mail, and this should have been enough to vacate the $23816 motion, but Judge Cindy panuco in her ruling said that it doesn't matter and the result would have been the same.

EXHIBIT X – Court reporter requested for all the future hearings on June 16, 2025, despite it was filed, court reporter was not present on July 29th 2025 when Brainard appeared regarding lack of substitution/first appearance fee for Kristen Lahey and Intuitive Healing Institute LLC.

EXHIBIT Y – Out of Habit, Mr. Brainard again filed a fraudulent document with the court again in the case No. 24STLC04501 that the writ of $21500 returned unsatisfied from the Santa Clara sheriff, when Santa Clara sheriff was contacted, they replied that they haven't received anything from Christopher M Brainard and has nothing for the case 24STLC04501 (Please see Exhibit Y1)

EXHIBIT Y1- Reply from Santa Clara sheriff Department regarding the latest fake/fraudulent filing of attorney Brainard.

( I reserve the right to add more exhibits in the complaint later)

Respectfully submitted,

09/25/2025

SUSHANT GUPTA

Pro Se Plaintiff

# EXHIBIT A

CIV-141

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO: 199444 | FOR COURT USE ONLY |
|---|---|---|

NAME: Christopher M. Brainard

FIRM NAME:

STREET ADDRESS: 8549 Wilshire Blvd., Pmb 2095

CITY: Beverly Hills    STATE: CA    ZIP CODE: 90211

TELEPHONE NO: (310) 266 - 4115    FAX NO:

E-MAIL ADDRESS: christopherbrainard@gmail.com

ATTORNEY FOR (Name): Kristen Lahey

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS: 312 North Spring Street

MAILING ADDRESS: 312 North Spring Street

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: Spring Street Courthouse

**Electronically FILED by
Superior Court of California,
County of Los Angeles
8/07/2024 8:58 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Urena, Deputy Clerk**

PLAINTIFF/PETITIONER: SUSHANT GUPTA

DEFENDANT/RESPONDENT: KRISTEN LAHEY

| DECLARATION OF DEMURRING OR MOVING PARTY IN SUPPORT OF AUTOMATIC EXTENSION | CASE NUMBER: 24STLC04501 |
|---|---|

1. (Name of party): Kristen Lahey    was served with

☒ a complaint    ☐ an amended complaint    ☐ a cross-complaint

☐ an answer    ☒ other (specify): Summons

in the above-titled action.

2. For a demurrer or motion to strike, a responsive pleading is due on (date): September 5, 2024

**DECLARATION**

I intend to file a demurrer, motion to strike, or motion for judgment on the pleadings in this action. Before I can do so, I am required to meet and confer with the party who filed the pleading that I am responding to at least five days before the date when the responsive pleading is due (if I am filing a demurrer or motion to strike) and at least five days before the last day a motion for judgment on the pleadings may be filed (if I am filing a motion for judgment on the pleadings). We have not been able to meet and confer. I have not previously requested an automatic extension of time. Therefore, on timely filing and serving a declaration that meets the requirements of Code of Civil Procedure sections 430.41, 435.5, or 439, I am entitled to an automatic 30-day extension of time within which to file a responsive pleading or motion for judgment on the pleadings.

I made a good faith attempt to meet and confer with the party who filed the pleading at least five days before the date the responsive pleading was due (if I am filing a demurrer or motion to strike) and at least five days before the last day a motion for judgment on the pleadings may be filed (if I am filing a motion for judgment on the pleadings). I was unable to meet with that party because (the reasons why the parties could not meet and confer are stated):

☒ below    ☐ on form MC-031, Attached Declaration

I have attempted to communicate to Sushant Gupta on three (3) different occcassions regarding deficiencies in the Complaint he will not respond. As such, I have been unable to meet and confer.

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: August 7. 2024

Christopher Brainard
(NAME OF PARTY OR ATTORNEY FOR PARTY)

▶ _(signature)_
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
CIV-141 (Rev. January 1, 2018)

**DECLARATION OF DEMURRING OR MOVING PARTY
IN SUPPORT OF AUTOMATIC EXTENSION**

Code of Civil Procedure,
§§ 430.41, 435.5, 439
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |

Christopher M. Brainard SBN 199444
8549 Wilshire Blvd., Pmb 2095
Beverly Hills, CA 90211
Tel: (310) 266 – 4115
Email: christopherbrainard@gmail.com
Attorneys for Defendant
Kristen Lahey

Electronically FILED by
Superior Court of California,
County of Los Angeles
8/07/2024 8:58 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Guzman, Deputy Clerk

IN THE SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| SUSHANT GUPTA,<br><br>               Plaintiff,<br><br>vs.<br><br>Lee Ann Disalvo, INTUITIVE HEALING INSTITUTE, LLC, Kristen Lahey,<br><br>               Defendants. | Case No.: 24STLC04501<br><br>[Hon. Mark E. Windham]<br><br>**PROOF OF SERVICE:**<br><br>**DECLARATION OF DEMURRING PARTY IN SUPPORT OF AUTOMATIC EXTENSION**<br><br>**August 7, 2024**<br>**Dept.: 26** |

## SERVICE BY EMAIL/MAIL [C.C.P. § 1013(a)(3) & §1010.6]

I, Stephanie Lee declare as follows:  I am employed in the County of Los Angeles, California where this mailing will occur;  I am over the age of eighteen (18) year and not a party to the action; my business address is 468 North Camden Drive, 2nd Floor, Beverly Hills, California, 90210.  I am readily familiar with the business practice for collection and processing of mail with the U.S. Postal Service, and Email via ISP, in the ordinary course of business.

On **August 7, 2024,** I served the forgoing document(s) described as:

## DECLARATION BY DEMURRING PARTY IN SUPPORT OF AUTOMATIC EXTENSION

on the interested parties to this action on this date in the County of Los Angeles, California, and by NEXT DAY MAIL or EMAIL (Per Code) to:

SUSHANT GUPTA
P.O. Box 2451
Fullerton, CA 92837
Email:  samsky@gmail.com
Tel:  (714) 752-0139

I am aware of the requirements of service made pursuant to Code of Civil Procedure § 1013(a)(3) and also 1010.6 and have conformed with the requirements stated in these provisions.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  August 7, 2024

*Stephanie Lee* (signature)

Stephanie Lee



# EXHIBIT B

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| GUPTA v. DISALVO | 24STLC04501 |

## MEMORANDUM OF COSTS (WORKSHEET)

1. **Filing and motion fees**

| | | Paper filed | | Filing fee |
|---|---|---|---|---|
| a. | Declaration ISO Automatic Stay on Demurrer | | $ | 239.00 |
| b. | Motion to Declare Gupta Vexatious Litigant | | $ | 239.00 |
| c. | Stipulation and Order | | $ | 28.00 |
| d. | Reschedule Motion Fee | | $ | 21.00 |
| e. | Subsequent Filing Fees | | $ | 16.00 |
| f. | Motion for Sanctions Fee | | $ | 68.00 |

g. ☐ Information about additional filing and motion fees is contained in Attachment 1g.

TOTAL 1.  $   611.00

2. **Jury fees**

| | Date | Fee & mileage | |
|---|---|---|---|
| a. | | $ | |
| b. | | $ | |
| c. | | $ | |
| d. | | $ | |

e. ☐ Information about additional jury fees is contained in Attachment 2e.

TOTAL 2.  $

3. **Juror food:** $ _____ **and lodging:** $ _____

TOTAL 3.  $

4. **Deposition costs**

| | Name of deponent | Taking | Transcribing | Travel | Videotaping | Subtotals |
|---|---|---|---|---|---|---|
| a. | | $ | $ | $ | $ | $ |
| b. | | $ | $ | $ | $ | $ |
| c. | | $ | $ | $ | $ | $ |
| d. | | $ | $ | $ | $ | $ |

e. ☐ Information about additional deposition costs is contained in Attachment 4e.

TOTAL 4.  $

(Continued on reverse)

Page ___ of ___

Form Approved for Optional Use
Judicial Council of California
MC-011 [Rev. January 1, 2025]

**MEMORANDUM OF COSTS (WORKSHEET)**

Code of Civil Procedure, §§ 1032, 1033.5
www.courts.ca.gov

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| | |

5. **Service of process**

| | Name of person served | Public officer | Registered process | Publication | Other | (specify) |
|---|---|---|---|---|---|---|
| a. | | $ | $ | $ | $ | |
| b. | | $ | $ | $ | $ | |
| c. | | $ | $ | $ | $ | |

d. ☐ Information about additional costs for service of process is contained in Attachment 5d.

TOTAL 5. $

6. **Attachment expenses** *(specify):*                                                6. $

7. **Surety bond premiums** *(itemize bonds and amounts):*                              7. $

8. a. **Ordinary witness fees**

| | Name of witness | Daily fee | | Mileage | | Total |
|---|---|---|---|---|---|---|
| (1) | | days at | $/day | miles at | ¢/mile: | $ |
| (2) | | days at | $/day | miles at | ¢/mile: | $ |
| (3) | | days at | $/day | miles at | ¢/mile: | $ |
| (4) | | days at | $/day | miles at | ¢/mile: | $ |
| (5) | | days at | $/day | miles at | ¢/mile: | $ |

(6) ☐ Information about additional ordinary witness fees is contained in Attachment 8a(6).

SUBTOTAL 8a. $

(Continued on next page)

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| | |

8. b. **Expert fees** *(per Code of Civil Procedure section 998)*

        Name of witness         Fee

  (1) _____ _____ hours at $ _____ /hr     $ _____

  (2) _____ _____ hours at $ _____ /hr     $ _____

  (3) _____ _____ hours at $ _____ /hr     $ _____

  (4) _____ _____ hours at $ _____ /hr     $ _____

  (5) ☐ Information about additional expert fees is contained in Attachment 8b(5).

                                        SUBTOTAL 8b. $ _____

  c. **Court-ordered expert fees**

        Name of witness         Fee

  (1) _____ _____ hours at $ _____ /hr     $ _____

  (2) _____ _____ hours at $ _____ /hr     $ _____

  (3) ☐ Information about additional court-ordered expert fees is contained in Attachment 8c(3).

                                          SUBTOTAL 8c. $ _____

                             TOTAL (8a, 8b, & 8c) 8. $ _____

9. **Court-ordered transcripts** *(specify):*              9. $ _____

10. **Attorney fees** *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required):*     10. $ _____

11. **Court reporter fees** *(as established by statute)*

  a. *(Name of reporter):* _____ Fees: $ _____

  b. *(Name of reporter):* _____ Fees: $ _____     TOTAL 11. $ _____

  c. ☐ Information about additional court-reporter fees is contained in Attachment 11c.

12. **Interpreter fees**

  a. Fees of a certified or registered interpreter for the deposition of a party or witness

    *(Name of interpreter):* _____ Fees: $ _____

    *(Name of interpreter):* _____ Fees: $ _____

  b. Fees for a qualified court interpreter authorized by the court for an indigent person represented by a qualified legal services project or a pro bono attorney

    *(Name of interpreter):* _____ Fees: $ _____

    *(Name of interpreter):* _____ Fees: $ _____     TOTAL 12. $ _____

  c. ☐ Information about additional court-reporter fees is contained in Attachment 12c.

13. **Models, enlargements, and photocopies of exhibits** *(specify):*     13. $   70.00

    CHARGES TO DOWNLOAD COPIES GUPTA'S OTHER CASES

14. **Fees for electronic filing or service of documents through an electronic filing service provider** *(enter here if required or ordered by the court):*     14. $ _____

15. **Other** *(specify):* _____     15. $ _____

| TOTAL COSTS | $ 681.00 |
|---|---|

*(Additional information may be supplied on the reverse)*

## CIVIL CASE ACCESS

The Civil Case Information Website contains case summary and register of action information for cases dating back to 1996 for unlimited/complex civil actions and dating back to 2005 for limited civil actions. Most documents filed on or after January 1, 2008 may be downloaded and viewed(fees apply). Additionally, documents purchased online can now be electronically certified (additional fees apply). For cases and documents filed prior to these dates, contact the court where the case was filed.

Click here for more information regarding viewing/purchasing documents as well as a notice of sanctions for including social security numbers and financial account information on documents filed with the court.

To access unlawful detainer / eviction cases, you must provide: the complete name of one plaintiff, the complete name of one defendant, and the exact address of the subject premises as provided on the complaint.

Online Copy Request Civil (English) 🔘

Online Copy Request Civil (Spanish) 🔘

Online Copy Request Civil (Vietnamese) 🔘

Online Copy Request Civil (Mandarin) 🔘

Online Copy Request Civil (Korean) 🔘

Online Copy Request Civil (Farsi) 🔘

Online Copy Request Civil (Arabic) 🔘

( Back )                                                                                              Print Case 📇

📄 CASE SUMMARY

📋 REGISTER OF ACTIONS

👤 PARTICIPANTS

🗓 HEARINGS

🛒 CART

| Case Number and ROA | Docket Entry | Filing Date | Pages | Certified | Remove |
|---|---|---|---|---|---|
| 30-2018-00977006-CU-FR-CJC 1 | COMPLAINT FILED BY GUPTA, SUSHANT ON 03/02/2018 | 03/02/2018 | 2 | ☐ | ✖ |
| 30-2018-00977006-CU-FR-CJC 11 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - ENTIRE ACTION FILED BY GUPTA, SUSHANT ON 04/19/2018 | 04/19/2018 | 2 | ☐ | ✖ |
| | | Total Pages: | 4 | | |
| | | Certified: | $0.00 | | |
| | | Amount Due: | $15.00 | | |

( Checkout )

## CIVIL CASE ACCESS

The Civil Case Information Website contains case summary and register of action information for cases dating back to 1996 for unlimited/complex civil actions and dating back to 2005 for limited civil actions. Most documents filed on or after January 1, 2008 may be downloaded and viewed(fees apply). Additionally, documents purchased online can now be electronically certified (additional fees apply). For cases and documents filed prior to these dates, contact the court where the case was filed.

Click here for more information regarding viewing/purchasing documents as well as a notice of sanctions for including social security numbers and financial account information on documents filed with the court.

To access unlawful detainer / eviction cases, you must provide: the complete name of one plaintiff, the complete name of one defendant, and the exact address of the subject premises as provided on the complaint.

Online Copy Request Civil (English) 🔲

Online Copy Request Civil (Spanish) 🔲

Online Copy Request Civil (Vietnamese) 🔲

Online Copy Request Civil (Mandarin) 🔲

Online Copy Request Civil (Korean) 🔲

Online Copy Request Civil (Farsi) 🔲

Online Copy Request Civil (Arabic) 🔲

( Back )                                                                                           Print Case 🖨

⊟ CASE SUMMARY

▤ REGISTER OF ACTIONS

👤 PARTICIPANTS

🗓 HEARINGS

🛒 CART

| Case Number and ROA | Docket Entry | Filing Date | Pages | Certified | Remove |
|---|---|---|---|---|---|
| 30-2021-01227582-CU-PN-CJC 2 | COMPLAINT FILED BY GUPTA, SUSHANT ON 10/21/2021 | 10/21/2021 | 9 | ☐ | ✖ |
| 30-2021-01227582-CU-PN-CJC 84 | REQUEST FOR DISMISSAL WITH PREJUDICE – ENTIRE ACTION FILED BY GUPTA, SUSHANT ON 08/08/2022 | 08/08/2022 | 2 | ☐ | ✖ |
| | | Total Pages: | 11 | | |
| | | Certified: | | | |
| | | Amount Due: | $15.00 | | |

                                                                              ( Checkout )

Case 8:25-cv-02174-KK-BFM    Document 1    Filed 09/25/25    Page 39 of 100  Page ID
#:39
7/26/24, 7:38 AM                                    Superior Court of California - County of Orange

## CIVIL CASE ACCESS

The Civil Case Information Website contains case summary and register of action information for cases dating back to 1996 for unlimited/complex civil actions and dating back to 2005 for limited civil actions. Most documents filed on or after January 1, 2008 may be downloaded and viewed(fees apply). Additionally, documents purchased online can now be electronically certified (additional fees apply). For cases and documents filed prior to these dates, contact the court where the case was filed.

Click here for more information regarding viewing/purchasing documents as well as a notice of sanctions for including social security numbers and financial account information on documents filed with the court.

To access unlawful detainer / eviction cases, you must provide: the complete name of one plaintiff, the complete name of one defendant, and the exact address of the subject premises as provided on the complaint.

Online Copy Request Civil (English) 🔘

Online Copy Request Civil (Spanish) 🔘

Online Copy Request Civil (Vietnamese) 🔘

Online Copy Request Civil (Mandarin) 🔘

Online Copy Request Civil (Korean) 🔘

Online Copy Request Civil (Farsi) 🔘

Online Copy Request Civil (Arabic) 🔘

( Back )                                                                                    Print Case 🖶

▷ CASE SUMMARY

▤ REGISTER OF ACTIONS

⚖ PARTICIPANTS

🗓 HEARINGS

🛒 CART

| Case Number and ROA | Docket Entry | Filing Date | Pages | Certified | Remove |
|---|---|---|---|---|---|
| 30-2019-01092172-CL-FR-CJC 2 | COMPLAINT FILED BY GUPTA, SUSHANT ON 08/22/2019 | 08/22/2019 | 47 | ☐ | ✖ |
| 30-2019-01092172-CL-FR-CJC 24 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - ENTIRE ACTION FILED BY GUPTA, SUSHANT ON 11/06/2019 | 11/06/2019 | 2 | ☐ | ✖ |
| | | Total Pages: | 49 | | |
| | | Certified: | | | |
| | | Amount Due: | $17.59 | | |

( Checkout )

Information    Confirmation    Acceptance



# PAYMENT ACCEPTED
## YOUR TRANSACTION HAS BEEN APPROVED
# SAVE THIS PAGE FOR YOUR RECORDS

| | |
|---|---|
| **Order ID** | CIVIL63480274 |
| **Payment Confirmation Code** | 02828D |
| **Payment Amount** | $22.50 |
| **Payment Transaction Date** | 07/26/2024 |
| **Email Address** | christopherbrainard@gmail.com |
| **Billing Name** | Christopher  Brainard |
| **Telephone Number** | 310-266-4115 |
| **Credit Card Type** | Visa |
| **Credit Card Number** | ***3984 |
| **Expiration Date** | 01/2029 |
| **Zip Code** | 89139 |

Thank you for your order. Please note the following information:

• Plain copy (uncertified) documents are available for immediate download.

• Documents requested to be Certified are not available for download. Certified documents will be processed and emailed separately. Processing time approximately 1 to 2 business days.

To view your purchased documents click on the [View Documents] button below.

Once you leave this website or close your web browser you can regain access to your purchased documents by returning to the Civil Public Website and clicking on the button [View Previously Purchased Documents].

Your documents are accessible from this site for two weeks from the date of purchase. The documents included in this transaction will remain available until **August 09, 2024.**

**You will need to supply your \*Email Address [christopherbrainard@gmail.com] and \*Payment Confirmation Code [02828D] to access your documents. This is your court issued receipt. Please print and keep this page for your records.**

Print this page

 Journal Technologies Court Portal

**Filing Information**

Filing Title
SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Status
🕒 Submitted to Court

Type
Subsequent

Reference Number
EF-fc1981e9316d

Court Filing Id
24LA01335895

Filed By
Christopher Brainard

Date Sent
08/07/2024 08:50:00 pm

Case Number
24STLC04501

Case Name
SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Type
Civil Limited

Case Category
Fraud (no contract)

Matter Number

Estimated Amount
$238.45

Final Amount
$0

Documents

Help

Declaration of Demurring Party in Support of Automatic Extension *(Submitted to Court)*

Proof of Service (not Summons and Complaint) *(Submitted to Court)*

< Back

Copyright © Journal Technologies, USA. All rights reserved.

 Journal Technologies Court Portal

# Subsequent Filing

## SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Number: 24STLC04501   Category: Fraud (no contract)   Date Filed: 2024-06-21
Location: Central District Spring Street Courthouse Department 26

### Document (Lead)

Select a Type *

Motion to Declare Vexatious Litigant

File - Motion Vexatious Litigant Sushant Gupta 8.7.2024.pdf (10658685kb)    ✕

Searchable PDF
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.

ADDITIONAL INFORMATION

Court Reservation Number

428376068313

Court Reservation Number

| | Filed By *   Hide Dismissed/inactive Parties within current page | | | Name Search | Q Search   ✕ Clear |
|---|---|---|---|---|---|
| | **Name** | **Role** | **Complaint** | **Party Status** | **Additional Information** |
| ☐ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Help

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | ☐ Requesting Filing Fees Exemption? <br> ☐ Erroneously Sued? <br> ☐ Need Interpreter? <br> ☐ Is First Appearance Fees Paid? <br> ☐ Govt. Exempt <br> * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) <br> ☐ Fee Waiver <br> * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Page 1 of 1                                                                    `<<` 1 `>>`

As To  Hide Dismissed/Inactive Parties within current page        Name Search [        ] **Q** Search  **✕** Clear

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☐ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | |

Page 1 of 1                                                                    `<<` 1 `>>`

**Additional Document**                                                              🗑

Select a Type *

Request for Judicial Notice

File - Request for Judicial Notice 8.7.2024.pdf (10594313kb)                          ✕

Searchable PDF
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.

ADDITIONAL INFORMATION

Filed By *  Hide Dismissed/Inactive Parties within current page        Name Search [        ] **Q** Search  **✕** Clear

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | ☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Page 1 of 1                                                                    `<<`  `1`  `>>`

📄 Add Another Document

---

**Internal Tracking**

eFiling Title *

SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Enter an internal name for this transaction. This name is used on this site and notifications email.

Matter Number *

Enter an internal matter number you can optionally assign for this filing.

---

**Payment Method**

Please select your payment method:

◉ XXXX0413 (Christopher Brainard) - Individual

---

**Estimated Fees**

| Description | Fee |
|---|---|
| Motion to Declare Vexatious Litigant | $225.00 |
| Convenience Fee | $4.95 |
| Court Transaction Fee | $2.25 |
| Credit Card Transaction Fee | $6.25 |
| **Total** | **$238.45** |

☑ I have Reviewed and Accept the Estimated Fees shown above *

Note: The fees may change if the data in the form is altered, click "Refresh Estimated Fees" to refresh the fees.

Refresh Estimated Fees

---

**Message to Clerk**

Enter you message to clerk here, MAXIMUM 255 characters, include white spaces.

Submit

Copyright © Journal Technologies, USA. All rights reserved.

 Journal Technologies Court Portal

# Subsequent Filing

## SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Number: 24STLC04501    Category: Fraud (no contract)    Date Filed: 2024-06-21
Location: Central District Spring Street Courthouse Department 26

---

### Document (Lead)

Select a Type *

Proof of Service (not Summons and Complaint)

---

Proof of Service.pdf (161789kb)                                                                                   ×

Searchable PDF
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.

ADDITIONAL INFORMATION

| | Filed By * Hide Dismissed/Inactive Parties within current page | | | Name Search [        ]  Q Search   ✖ Clear | |
|---|---|---|---|---|---|
| | Name | Role | Complaint | Party Status | Additional Information |
| ☐ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Answered | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Chat

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☑ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Page 1 of 1                                                                                   << 1 >>

As To | Hide Dismissed/Inactive Parties within current page |          Name Search [          ]   Q Search   ✖ Clear

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Answered | |
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | |

Page 1 of 1                                                                                                    << 1 >>

📄 Add Another Document

## Internal Tracking

eFiling Title *

SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Enter an internal name for this transaction. This name is used on this site and notifications email.

Matter Number *

01

Enter an internal matter number you can optionally assign for this filing.

## Payment Method

Please select your payment method:

◉ XXXX0413 (Christopher Brainard) - Individual

## Estimated Fees

| Description | Fee |
|---|---|
| Convenience Fee | $ 4.95 |
| Court Transaction Fee | $ 2.25 |
| Credit Card Transaction Fee | $ 0.06 |
| **Total** | **$ 7.26** |

☑ I have Reviewed and Accept the Estimated Fees shown above *

Note: The fees may change if the data in the form is altered, click "Refresh Estimated Fees" to refresh the fees.

Refresh Estimated Fees

## Message to Clerk

Enter you message to clerk here, MAXIMUM 255 characters, include white spaces.

Submit

Copyright © Journal Technologies, USA. All rights reserved.

 Journal Technologies Court Portal

# Subsequent Filing

## SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Number: 24STLC04501   Category: Fraud (no contract)   Date Filed: 2024-06-21
Location: Central District Spring Street Courthouse Department 26

---

Document (Lead)

Select a Type *

Stipulation and Order (name extension)

Signed Stip Order.pdf (197778kb)                                                                    ×

Stipulation and Order Continue Dates.docx (51490kb)                                                 ×

Please upload both PDF and Word files. PDF file MUST be uploaded first.

Searchable PDF
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.

ADDITIONAL INFORMATION

---

Name Extension*

To Continue Motion Vexatious Litigant to 10/14/2024, 10AM, Dept. 26; and Express Co

Name Extension

---

Filed By *   | Hide Dismissed/Inactive Parties within current page       Name Search [          ]      Q Search    ✖ Clear

Chat

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Answered | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Requesting Filing Fees Exemption? ☐ Erroneously Sued? ☐ Need Interpreter? ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Requesting Filing Fees Exemption? ☐ Erroneously Sued? ☐ Need Interpreter? ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Page 1 of 1    << 1 >>

As To   Hide Dismissed/Inactive Parties within current page    Name Search [ ]    🔍 Search    ✖ Clear

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Answered | |
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☑ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | |

Page 1 of 1    << 1 >>

📄 Add Another Document

Internal Tracking

eFiling Title *

SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Enter an internal name for this transaction. This name is used on this site and notifications email.

Matter Number *

01

Enter an internal matter number you can optionally assign for this filing.

## Payment Method

Please select your payment method:

◉ XXXX0413 (Christopher Brainard) - Individual

## Estimated Fees

| Description | Fee |
| --- | --- |
| Stipulation and Order (name extension) | $20.00 |
| Convenience Fee | $4.95 |
| Court Transaction Fee | $2.25 |
| Credit Card Transaction Fee | $0.61 |
| **Total** | **$27.81** |

☑ I have Reviewed and Accept the Estimated Fees shown above *

Note: The fees may change if the data in the form is altered, click "Refresh Estimated Fees" to refresh the fees.

Refresh Estimated Fees

## Message to Clerk

Enter you message to clerk here, MAXIMUM 255 characters, include white spaces.

Submit

Copyright © Journal Technologies, USA. All rights reserved.

 Journal Technologies Court Portal

# Subsequent Filing

## SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Number: 24STLC04501   Category: Fraud (no contract)   Date Filed: 2024-06-21
Location: Central District Spring Street Courthouse Department 26

---

**Document (Lead)**

Select a Type *

| Notice (name extension) | ▼ |
|---|---|

**File - Notice of Continued Date 10.14.2024.pdf** (416609kb)   ✕

Searchable PDF
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that
do not comply with this mandate.

ADDITIONAL INFORMATION

**Name Extension***

Continued Date On K.Lahey's  Motion to Deem Vexatious Litigant to 10/14/2024

Name Extension

| Filed By * | Hide Dismissed/Inactive Parties within current page |
|---|---|

Name Search [＿＿＿＿＿＿]   🔍 Search   ✖ Clear

Chat

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Answered | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | ☐ Is First Appearance Fees Paid? <br> ☐ Govt. Exempt <br> * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) <br> ☐ Fee Waiver <br> * Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | ☐ Is First Appearance Fees Paid? <br> ☐ Govt. Exempt <br> * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) <br> ☐ Fee Waiver <br> * Already have an existing Fee Waiver with the Court. (Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Page 1 of 1                                                                 << | 1 | >>

As To | Hide Dismissed/Inactive Parties within current page

Name Search [                    ]      🔍 Search      ✖ Clear

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☑ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Answered | |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Served | |
| ☐ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Named | |

Page 1 of 1     `<<`   1   `>>`

📄 Add Another Document

## Internal Tracking

eFiling Title *

SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Enter an internal name for this transaction. This name is used on this site and notifications email.

Matter Number *

Enter an internal matter number you can optionally assign for this filing.

## Payment Method

Please select your payment method:

◉ XXXX0413 (Christopher Brainard) - Individual

## Estimated Fees

| Description | Fee |
|---|---|
| Convenience Fee | $4.95 |
| Court Transaction Fee | $2.25 |

| Description | Fee |
|---|---|
| Credit Card Transaction Fee | $ 0.06 |
| **Total** | **$ 7.26** |

☐  I have Reviewed and Accept the Estimated Fees shown above *

Note: The fees may change if the data in the form is altered, click "Refresh Estimated Fees" to refresh the fees.

Refresh Estimated Fees

## Message to Clerk

Enter you message to clerk here, MAXIMUM 255 characters, include white spaces.

Submit

Copyright © Journal Technologies, USA. All rights reserved.

 Journal Technologies Court Portal

# Reschedule a Reservation

### Reservation

Reservation ID:
428376068313

Reservation Type:
Motion to Declare Vexatious Litigant

Case Number:
24STLC04501

Case Title:
SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Filing Party:
Kristen Lahey (Defendant)

Location:
Spring Street Courthouse - Department 26

Date/Time:
September 11th 2024, 10:00AM

Status:
CONFIRMED

Number of Motions:
1

### Motions to Reschedule

Motion to Declare Vexatious Litigant

*Reschedule To:*
Date:   10/14/2024 10:00 AM
Location:   Spring Street Courthouse - Department 26

### Fees

| Description | Fee | Qty | Amount |
|---|---|---|---|
| Reschedule Fee | 20.00 | 1 | |

Chat

| Description | Fee | Qty | Amount |
|---|---|---|---|
| Credit Card Percentage Fee (2.75%) | 0.55 | 1 | 0.55 |
| TOTAL | | | $20.55 |

## Payment Method

○ Credit Card (Visa®, MasterCard®, American Express®, Discover®, Diners Club, JCB)

◉ Credit Card on file (XXXX0413)

Back    Reschedule

Copyright © Journal Technologies, USA. All rights reserved.



Journal Technologies Court Portal

## Subsequent Filing

### SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Number: 24STLC04501   Category: Fraud (no contract)   Date Filed: 2024-06-21
Location: Central District Spring Street Courthouse Department 26

**Document (Lead)**

Select a Type *

Motion for Sanctions

File - Motion for Sanctions.pdf (10727577kb)    ×

**Searchable PDF**
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.

**ADDITIONAL INFORMATION**

**Court Reservation Number**

96328594197

Court Reservation Number

Filed By *   Hide Dismissed/Inactive Parties within current page

Name Search        Q Search    ✖ Clear

Chat

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| Gupta, Sushant ☐ | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Requesting Filing Fees Exemption? ☐ Erroneously Sued? ☐ Need Interpreter? ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption? ☐ Erroneously Sued? ☐ Need Interpreter? ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1 (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|
| Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption?<br>☐ Erroneously Sued?<br>☐ Need Interpreter?<br>☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1 (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Page 1 of 1  << < 1 > >

As To   Hide Dismissed/Inactive Parties within current page

Name Search   Q Search   ✖ Clear

| Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|
| Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | |
| Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |
| A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |
| Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |
| Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |

Page 1 of 1

<< 1 >>

**Additional Document**

Select a Type *

Request for Judicial Notice

File - Request Judicial Notice ISO Mot Sanctions.pdf (10458408kb)

×

Searchable PDF
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.

ADDITIONAL INFORMATION

Filed By *    Hide Dismissed/Inactive Parties within current page

Name Search

🔍 Search    ✖ Clear

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|
| ☐ Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1 (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|
| ☐ A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1 (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☑ Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

Page 1 of 1

<< 1 >>

📄 Add Another Document

**Internal Tracking**

eFiling Title *

SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Enter an internal name for this transaction. This name is used on this site and notifications email.

Matter Number *

01

Enter an internal matter number you can optionally assign for this filing.

## Payment Method

Please select your payment method:

⦿ XXXX3984 (Christopher Brainard) - Individual

## Estimated Fees

| Description | Fee |
|---|---|
| Motion for Sanctions | $ 60.00 |
| Convenience Fee | $ 4.95 |
| Court Transaction Fee | $ 2.25 |
| Credit Card Transaction Fee | $ 1.71 |
| **Total** | **$ 68.91** |

☑ I have Reviewed and Accept the Estimated Fees shown above *

Note: The fees may change if the data in the form is altered, click "Refresh Estimated Fees" to refresh the fees.

Refresh Estimated Fees

## Message to Clerk

Enter you message to clerk here. MAXIMUM 255 characters. include white spaces.

Submit

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 199444 | FOR COURT USE ONLY |
|---|---|---|

NAME: Christopher M. Brainard

FIRM NAME:

STREET ADDRESS: 651 N. Sepulveda Blvd., Pmb 2010

CITY: Beverly Hills    STATE: CA    ZIP CODE: 90049

TELEPHONE NO.: (310) 266 - 4115    FAX NO.:

EMAIL ADDRESS: ChristopherBrainard@gmail.com

ATTORNEY FOR (name): LEE ANN DISALVO and INTUITIVE HEALING INSTITUTE, LLC

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS: 111 North Spring Street

MAILING ADDRESS: 111 North Spring Street

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: Spring Street Courthouse

PLAINTIFF: SUSHANT GUPTA

DEFENDANT: LEE ANN DISALVO and INTUITIVE HEALING INSTITUTE, LLC

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER: 24STLC04501 |
|---|---|

1. ☐ **Postjudgment costs**

   a. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category):*

   | | Dates Incurred | Amount |
   |---|---|---|
   | (1) Preparing and issuing abstract of judgment | 2/11/2025 & 2/19/2025 | $ 81.00 |
   | (2) Recording and indexing abstract of judgment | 2/11/2025 | $ 136.00 |
   | (3) Filing notice of judgment lien on personal property | | $ |
   | (4) Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county):* | | $ |
   | (5) Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ |
   | (6) Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
   | (7) Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ |
   | (8) Other: *(Statute authorizing cost):* | | $ |
   | (9) Total of claimed costs for current memorandum of costs *(add (1)–(8))* | | $ 217.00 |

   b. All previously allowed postjudgment costs    $

   c. **Total** of all postjudgment costs *(add a and b)*    $ 217.00

2. ☒ **Credits to interest and principal**

   a. I acknowledge total payments to date in the amount of: $ 0.00    (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $ 0.00    ; credit to judgment principal $ 0.00    .

   b. **Principal remaining due.** The amount of judgment principal remaining due is $    . *(See Code Civ. Proc., § 680.300)*

3. ☒ **Accrued interest remaining due.** I declare interest accruing at the legal rate of 10    % on the unpaid principal amount of $ 23,816.00    and    % on the unpaid principal amount of $    *(see Information Sheet for Calculating Interest and Amount Owed on a Judgment* (form MC-013-INFO)) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal), remaining due in the amount of $ 685.65    .

4. I am the: ☐ judgment creditor    ☐ agent for the judgment creditor    ☒ attorney for the judgment creditor. I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/19/2025

Christopher M. Brainard

(TYPE OR PRINT NAME)

▶    *(signature)*    (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**

If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2024]

MEMORANDUM OF COSTS AFTER JUDGMENT,
ACKNOWLEDGMENT OF CREDIT, AND DECLARATION
OF ACCRUED INTEREST

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

MC-012

| Short Title:<br>GUPTA v. DISALVO, et. al. | CASE NUMBER:<br>24STLC04501 |
|---|---|

## PROOF OF SERVICE

☒ Mail        ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is:
   651 N. Sepulveda Blvd., Pmb 2010, Bel Air, CA 90049

3. ☒ I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b):*

   a. ☒ **Mail.** I am a resident of or employed in the county where the mail occurred.
      (1) I enclosed a copy in an envelope AND
         (a) ☒ **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) ☐ **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

      (2) The envelope was addressed and mailed as follows:
         SUSHANT GUPTA, P.O. Box 2028, Fullerton CA 92837

         (a) Name of person served: SUSHANT GUPTA
         (b) Address on envelope: P.O. Box 2028, Fullerton, CA 92837
         (c) Date of mailing: March 19, 2025
         (d) Place of mailing *(city and state):* Los Angeles, CA

   b. ☐ **Personal delivery.** I personally delivered a copy as follows.
      (1) Name of person served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 19, 2025

Stephanie Groverland
(TYPE OR PRINT NAME)

▶                                     Stephen Gla...
                                      (SIGNATURE OF DECLARANT)

**MEMORANDUM OF COSTS AFTER JUDGMENT,**        Page 2 of 2
                              **ACKNOWLEDGMENT OF CREDIT, AND DECLARATION**
                              **OF ACCRUED INTEREST**

For your protection and privacy, please press the Clear
This Form button after you have printed the form.        Print this form    Save this form                Clear this form

# EXHIBIT B1

I dummy tested the Los Angeles court website and the actual cost for filing the motions are $73.41 not $239, Please see attached

Journal Technologies Court Portal

## Subsequent Filing

### SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Number: 24STLC04501   Category: Fraud (no contract)   Date Filed: 2024-06-21
Location: Central District Spring Street Courthouse Department 26

**Document (Lead)**

Select a Type *

Declaration of Demurring Party in Support of Automatic Extension

Exhibit A.pdf (142854kb)

**Searchable PDF**
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.

**ADDITIONAL INFORMATION**

Filed By   Hide Dismissed/Inactive Parties within current page

Name Search

Q Search   ✕ Clear

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | Gupta, Sushant | Appellant | Appeal filed by Sushant Gupta on 06/30/2025 | | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | Intuitive Healing Institute LLC | Respondent | Appeal filed by Sushant Gupta on 06/30/2025 | Dismissed | ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|
| ☐ A Disalvo, Lee | Respondent | Appeal filed by Sushant Gupta on 06/30/2025 | Dismissed | ☐ Is First Appearance Fees Paid?<br>☐ Govt. Exempt<br>* Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately)<br>☐ Fee Waiver<br>* Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately). |

Page 1 of 1  << 1 >>

☐ Are you Self Represented?

Existing Attorney   Name Search [          ]   [Search] [Clear]

| Name | Role | Complaint | Representing | Additional Information |
|---|---|---|---|---|
| ○ Christopher M Brainard - Brainard, Christopher Manguerra | Attorney | Appeal filed by Sushant Gupta 06/30/2025 | • Intuitive Healing Institute LLC<br>• Lahey, Kristen<br>• Lahey, Kristen | |

Page 1 of 1  << 1 >>

+ Filed By Representation

**Add Another Document**

## Internal Tracking

eFiling Title *

SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Enter an internal name for this transaction. This name is used on this site and notifications email.

Matter Number *

Enter an internal matter number you can optionally assign for this filing.

## Payment Method

Please select your payment method:

◉ XXXX8426 (SUSHANT Gupta) - Individual

## Estimated Fees

| Description | Fee |
|---|---|
| Motion to Declare Vexatious Litigant | $ 60.00 |
| Convenience Fee | $ 9.45 |
| Court Transaction Fee | $ 2.25 |
| Credit Card Transaction Fee | $ 1.71 |
| **Total** | **$ 73.41** |

☐ I have Reviewed and Accept the Estimated Fees shown above *

Note: The fees may change if the data in the form is altered, click "Refresh Estimated Fees" to refresh the fees.

Refresh Estimated Fees

## Message to Clerk



Enter you message to clerk here, MAXIMUM 255 characters, include white spaces.

Submit

Copyright © Journal Technologies, USA. All rights reserved.

 Journal Technologies Court Portal

## Subsequent Filing

### SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Case Number: 24STLC04501   Category: Fraud (no contract)   Date Filed: 2024-06-21
Location: Central District Spring Street Courthouse Department 26

**Document (Lead)**

Select a Type *

Motion to Declare Vexatious Litigant

Exhibit A.pdf (142854kb)

**Searchable PDF**
Upload documents must be submitted's as text searchable PDF documents. Court clerks may REJECT filing that do not comply with this mandate.



**Complaints***

Complaint filed by Sushant Gupta on 06/21/2024

Select a complaint.

**ADDITIONAL INFORMATION**

Court Reservation Number

Court Reservation Number

Filed By * Hide Dismissed/Inactive Parties within current page

Name Search   Q Search   ✖ Clear

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | ☐ Requesting Filing Fees Exemption? <br> ☐ Erroneously Sued? <br> ☐ Need Interpreter? <br> ☐ Is First Appearance Fees Paid? <br> ☐ Govt. Exempt <br> * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) <br> ☐ Fee Waiver <br> * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| | Name | Role | Complaint | Party Status | Additional Information |
|---|---|---|---|---|---|
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption? <br> ☐ Erroneously Sued? <br> ☐ Need Interpreter? <br> ☐ Is First Appearance Fees Paid? <br> ☐ Govt. Exempt <br> * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) <br> ☐ Fee Waiver <br> * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption? <br> ☐ Erroneously Sued? <br> ☐ Need Interpreter? <br> ☐ Is First Appearance Fees Paid? <br> ☐ Govt. Exempt <br> * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) <br> ☐ Fee Waiver <br> * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |

| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|
| ☐ Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption? ☐ Erroneously Sued? ☐ Need Interpreter? ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |
| ☐ Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | ☐ Requesting Filing Fees Exemption? ☐ Erroneously Sued? ☐ Need Interpreter? ☐ Is First Appearance Fees Paid? ☐ Govt. Exempt * Already am an Govt. Exempt Entity pursuant to Gov Code § 6103.1. (Please use this if the court data does not reflect your Govt. Exempt Status accurately.) ☐ Fee Waiver * Already have an existing Fee Waiver with the Court.(Please use this if the court data does not reflect your Fee Waiver Status accurately.) |



| Name | Role | Complaint | Party Status | Additional Information |
|------|------|-----------|--------------|------------------------|

Page 1 of 1    << 1 >>

As To    Hide Dismissed/Inactive Parties within current page

Name Search    🔍 Search    ✖ Clear

| | Name | Role | Complaint | Party Status | Additional Information |
|---|------|------|-----------|--------------|------------------------|
| ☑ | Gupta, Sushant | Plaintiff | Complaint filed by Sushant Gupta on 06/21/2024 | | |
| ☐ | Ann Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |
| ☐ | A Disalvo, Lee | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |
| ☐ | Intuitive Healing Institute LLC | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |
| ☐ | Lahey, Kristen | Defendant | Complaint filed by Sushant Gupta on 06/21/2024 | Dismissed | |

Page 1 of 1    << 1 >>

📄 Add Another Document

**Internal Tracking**

eFiling Title *

SUSHANT GUPTA vs LEE ANN DISALVO, et al.

Enter an internal name for this transaction. This name is used on this site and notifications email.

**Matter Number** *

Enter an internal matter number you can optionally assign for this filing.

## Payment Method

Please select your payment method:

⦿ XXXX8426 (SUSHANT Gupta) - Individual

## Estimated Fees

| Description | Fee |
|---|---|
| Motion to Declare Vexatious Litigant | $60.00 |
| Convenience Fee | $9.45 |
| Court Transaction Fee | $2.25 |
| Credit Card Transaction Fee | $1.71 |
| **Total** | **$73.41** |

☐ I have Reviewed and Accept the Estimated Fees shown above *

Note: The fees may change if the data in the form is altered, click "Refresh Estimated Fees" to refresh the fees.

Refresh Estimated Fees

## Message to Clerk

Enter you message to clerk here. MAXIMUM 255 characters, include white spaces.

Submit

EJ-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): After recording, return to: Christopher M. Brainard SBN 198444 8549 Wilshire Blvd., Pmb 2095 Beverly Hills, CA 90211 | Recorded in Official Records, Orange County Hugh Nguyen, Clerk-Recorder |

TEL NO.: 310.285.4115    FAX NO. (optional):
E-MAIL ADDRESS (Optional): ChristopherBrainard@gmail.com
☑ ATTORNEY FOR    ☑ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

**$106.00**

\*  B  0  0  1  5  4  0  9  0  7  4  \$  \*

2025000052066 11:34 am 02/11/25

48 RecWin11A A03 3
0.00 0.00 0.00 0.00 6.00 10.00 0.00 0.00 75.00 3.00

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 North Spring Sreet
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

FOR RECORDER'S USE ONLY

| | |
|---|---|
| PLAINTIFF: SUSHANT GUPTA | CASE NUMBER: 24STLC04501 |
| DEFENDANT: LEE ANN DISALVO | |

| | |
|---|---|
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    ☐ Amended | FOR COURT USE ONLY |

1. The ☑ judgment creditor    ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address

   ┌─────────────────────────┐
   │ SUSHANT GUPTA           │
   │ 3809 CAROL DRIVE        │
   │ FULLERTON, CA 92833     │
   └─────────────────────────┘

   b.  Driver's license no. [last 4 digits] and state:    ☑ Unknown
   c.  Social security no. [last 4 digits]: ▓▓▓▓    ☐ Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
       SUSHANT GUPTA, PO Box 2451, Fullerton, CA 92837

2. ☐  Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   LEE ANN DISALVO, 8549 Wilshire Blvd., Pmb 2095, Beverly Hills, CA 90211,  (310) 266-4115

4. ☑  Information on additional judgment creditors is shown on page 2.
5. ☐  Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

Date: 1/30/2025
Christopher M. Brainard
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 23,816.00

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on (date): December 6, 2024
   b.  Renewal entered on (date):

9. ☐  This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
02/03/2025

10. ☐  An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of (name and address):

11.  A stay of enforcement has
    a. ☑  not been ordered by the court.
    b. ☐  been ordered by the court effective until (date):

12. a. ☑  I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐  A certified copy of the judgment is attached.
       David W. Slayton, Executive Officer/Clerk of Court
    Clerk, by    R. Kelley    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

# EXHIBIT C

Christopher M. Brainard SBN 199444
8549 Wilshire Blvd., Pmb 2095
Beverly Hills, CA 90211
Tel: (310) 266 – 4115
Email: christopherbrainard@gmail.com
Attorneys for Defendants
Lee Ann DiSalvo and
INTUITIVE HEALING INSTITUTE, LLC

IN THE SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

SUSHANT GUPTA,

           Plaintiff,

vs.

Lee Ann Disalvo, INTUITIVE HEALING
INSTITUTE, LLC, Kristen Lahey,

           Defendants.

Case No.: 24STLC04501

[Hon. Mark E. Windham]

**NOTICE OF MOTION AND MOTION
BY INTUITIVE HEALING INSTITUTE
AND LEE ANN DISALVO FOR
SANCTIONS IN THE AMOUNT OF
$23,816 PURSUANT TO CODE OF CIVIL
PROCEDURE § 128.5 AGAINST
SUSHANT GUPTA; MEMORANDUM
OF POINTS AND AUTHORITIES;
DECLARATION C.M. BRAINARD &
LEE ANN DISALVO; EXHIBITS**

**[Filed as Separately:  Req. Judicial Notice
as to Exhibits]**

**[RESERVATION ID:  692185892679]**

**December 3, 2024
Time:  10:00 AM
Dept.: 26**

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on December 3, 2024, at 10:00 a.m. in Department 26 Los Angeles Superior Court located at 312 North Spring Street, Los Angeles, CA 90012, the Honorable Justice William E. Windham presiding, that the Defendants INTUITIVE HEALING INSTITUTE and LEE ANN DISALVO (collectively "HEALING"), will and do hereby Motion the Court for an Order Awarding Sanctions Against **PLAINTIFF SUSHANT GUPTA in the amount of $23,816 for attorneys fees and costs actually incurred in this matter**.

**CCP § 128.5, et. seq and CCP § 391, et. seq.**

Said Motion is made pursuant to the Code of Civil Procedure §§ 128.5 & 391, et. seq., and the facts: i) SUSHANT GUPTA has litigated *in propria persona* in the immediate "preceding seven-years period… [in] at least five litigations other than in a small claims court that have been … finally determined adversely to the person …," (CCP § 391, subd. (b)(1)(i).); ii) that the current action was filed (over a $175 charge) was filed in this limited civil jurisdiction court in bad faith and frivolously CCP § 128.5(a), and iii) upon this Defendant having not agreed to SUSHANT GUPTA's black mail and extortion has and is incurring substantial attorneys and costs to deal with and therewith file a Motion to Deem SUSHANT GUPTA a Vexatious Litigant and a Motion for Sanctions in the context of him having dismissed this action without prejudice to avoid accountability and for tactical reasons.

This Motion is based on this Notice and Motion, Memorandum of Points and Authorities, and exhibits attached, the request for judicial notice, the declarations of Lee Ann DiSalvo and Christopher M. Brainard, and upon such other further and oral and documentary evidence as may be presented at the hearing.

Date: October 3, 2024

_____
Christopher M. Brainard
Attorney for Defendants

## SERVICE BY EMAIL/MAIL [C.C.P. § 1013(a)(3) & §1010.6]

I, Stephanie Lee declare as follows: I am employed in the County of Los Angeles, California where this mailing will occur; I am over the age of eighteen (18) year and not a party to the action; my business address is 8549 Wilshire Blvd., Pmb 2095, Beverly Hills, California, 90211. I am readily familiar with the business practice for collection and processing of mail with the U.S. Postal Service, and Email via ISP, in the ordinary course of business.

On **October 4, 2024,** I served the forgoing document(s) described as:

**MOTION FOR SANCTIONS SUSHANT GUPTA FOR $23,816; DECLARATIONS OF C.M. BRAINARD AND LEE ANN DISALVO, EXHIBITS, REQUEST FOR JUDICIAL NOTICE**

on the interested parties to this action on this date in the County of Los Angeles, California, and by NEXT DAY MAIL or EMAIL (Per Code) to:

SUSHANT GUPTA
P.O. Box 2451
Fullerton, CA 92837
Email: Samsky920@gmail.com
Tel: (714) 752-0139

I am aware of the requirements of service made pursuant to Code of Civil Procedure § 1013(a)(3) and also 1010.6 and have conformed with the requirements stated in these provisions.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 4, 2024

Stephanie Lee

## MEMORANDUM OF POINTS AND AUTHORTIES MOTION FOR VEXATIOUS LITIGANT

### I.    STATEMENT OF CASE

Plaintiff SUSHANT GUPTA (hereafter "GUPTA") has filed a meritless lawsuit with this Court, filed an erroneous opposition falsely besmirching an attorney as a racist, and then dismissed the case for tactical reasons in response to a Motion to Deem him Vexatious – i.e. pursuant to CCP 128.5(a), the moving party states these are the actions and tactics upon which sanctions must be imposed.

In fact, SUSHANT GUPTA has filed countless meritless lawsuits in both the Federal and State Courts in the State of California that have ended in adverse rulings. As such, Defendants INTUITIVE HEALING INSTITUTE and LEE ANN DISALVO (hereafter "HEALING") requested judicial notice of five (5) California court cases (not counting this case and many others as well); and then Motioned the Court to deem SUSHANT GUPTA a vexatious litigant pursuant to CCP § 391, et. seq.  In response, SUSHANT GUPTA engaged in all manners of intimidation including: i) Calling HEALING repeatedly on her home phone after work hours and despite being represented by counsel and having refused his demands to pay him many thousands of dollars and directing him not to contact her directly; ii) threatening HEALING's attorney with false allegations of racism and then filing specious oppositions claiming the same along with "declaration" not signed under penalty of perjury, also reporting said attorney to state bar for no other reason but to intimidate and upon the alternate condition that said attorney "give up" the case, and also upon false allegations of improper service (upon which attorney nevertheless agreed to a 30 days continuance to avoid any possibility of a claim for improper service that could waste judicial time/resources and to ensure respect to: i) the US Constitution, ii) Due Process/Fair Play, iii) Department 26's clerk and staff, and also to iv) this esteemed judicial officer presiding.

At all times, SUSHANT GUPTA has falsely played the victim which follows his *modis operandi* wherein he opportunistically sues over <u>any triviality he can dream up</u>, <u>filing a fee waiver</u>, seeking to secure default judgments and/or to waste his victims' time and attorneys' time <u>driving up costs exorbitantly</u>, and then making strategic demands for settlement amounts to stop him from continuing to "bleed out" his victims via <u>bad faith litigation tactics</u>, excessive, endless, and unnecessary communications, acts of intimidation and collateral complaints to governmental agencies or licensing bodies, and all of which are designed to extract whatever funds he can get in the context of him not having to even pay the filing fee for the case.

In fact SUSHANT GUPTA is an "**apex predator**" of a vexatious litigant and at present <u>the most vexatious litigant active in the State of California</u> with a long list of victims in his wake, who has engaged in this pattern of "terror through abuse of process" for over **14 years** (admitted by GUPTA – See Dec. C.M. Brainard) and always having been able to escape accountability by adeptly driving up the costs, threatening the attorneys professionally as he has done here, and either extracting a settlement (here he demanded many thousands of dollars from each of the Defendants prior to filing the dismissal) and then then if unsuccessful, voluntarily dismisses tactically to avoid consequence – i.e., exactly what he has done here.  The case law is clear as shall be elucidated further below, and in this context this esteemed Court is not divested of its jurisdiction to Deem SUSHANT GUPTA a vexatious litigant, nor of its proper responsibility to impose MONETARY SANCTIONS for the harm caused in fees and costs against SUSHANT GUPTA's reign of terror with him being properly made an example in the amount of harm he has done for having chosen such a "career path" and bringing this meritless case against HEALING who in <u>good faith</u> provided an online "Zoom" <u>counseling and holistic prayer</u> service for a nominal fee of $175 -- i.e., a completely innocent party seeking only to help others.