1  SUSHANT GUPTA
2  Plaintiff in Pro Per
3  211 S State College Blvd, #114
4  Anaheim, CA 92806
5  gupts6921@gmail.com
6  Tel: (714) 681-2216
7
8           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9           **SOUTHERN DIVISION (SANTA ANA)**
10

| | |
|---|---|
| **SUSHANT GUPTA**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER M. BRAINARD**,<br>et al | Case No.: 8:25-cv-02174-KK-BFM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST BUENA PARK POLICE DEPARTMENT**<br><br>**(DAMAGES, DECLARATORY, AND INJUNCTIVE RELIEF)**<br><br>(Fed. R. Civ. P. 55(b)(2); C.D. Cal. L.R. 55-1)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>Judge: Hon. Kenly Kiya Kato |

Magistrate Judge: Hon. Brianna F. Mircheff

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Sushant Gupta hereby moves this Court for entry of Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendant Buena Park Police Department. Plaintiff seeks monetary damages in the amount pled in the operative complaint, together with declaratory and prospective injunctive relief.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Sushant Gupta, the Clerk's Entry of Default (ECF No. 188), the pleadings and records on file in this action, and such further argument or evidence as the Court may consider.

No hearing is requested unless required by the Court.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

This Motion concerns Defendant Buena Park Police Department's failure to appear or otherwise defend this action after being properly served, and the resulting entry of default by the Clerk of Court on December 15, 2025 (ECF No. 188). Plaintiff seeks damages in the amount expressly pled in the Complaint, together with declaratory and prospective injunctive relief.

As alleged in the operative complaint, Plaintiff repeatedly sought assistance from the Buena Park Police Department regarding identity theft, misuse of Plaintiff's Social Security number, forged court filings, and fraudulent judgment lien activity. Defendant officers refused or failed to take reports, delayed or obstructed report creation, and took no meaningful action, consistent with a policy or custom of denying equal protection and due process to complainants raising such issues.

## II. LEGAL STANDARD

Under Federal Rule of Civil Procedure 55(b)(2), when a party against whom a judgment is sought has been defaulted by the Clerk, the Court may enter default judgment. Upon default, the factual allegations of the complaint—other than those relating to the amount of damages

are taken as true. Geddes v. United Fin. Grp., 559 F.2d 557, 560 (9th Cir. 1977).

In determining whether to enter default judgment, courts consider the factors articulated in Eitel v. McCool, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Where a municipal defendant fails to appear and the plaintiff seeks damages limited to the amount pled, together with declaratory and injunctive relief, the Eitel factors favor judgment.

III. APPLICATION OF THE EITEL FACTORS

1. Prejudice to Plaintiff

Absent default judgment, Plaintiff has no mechanism to obtain redress for Defendant's refusal to accept or process police reports or to address misuse of Plaintiff's personal identifying information. This factor favors judgment.

2–3. Merits of Plaintiff's Claims and Sufficiency of the Complaint

The Complaint pleads municipal liability under Monell based on a policy, custom, or practice of refusing to accept, process, or act upon Plaintiff's complaints. These well-pleaded allegations are deemed admitted by default. These factors favor judgment.

4. Amount at Stake

Plaintiff seeks damages of $25,000, the precise amount pled against the City of Buena Park and its Police Department in the operative

complaint. The amount is modest and proportionate to the constitutional violations alleged, favoring judgment.

5. Possibility of Dispute Concerning Material Facts

Defendant's failure to appear eliminates any genuine dispute of material fact. This factor favors judgment.

6. Whether Default Was Due to Excusable Neglect

The record reflects proper service and ample time to respond. There is no indication of excusable neglect. This factor favors judgment.

7. Policy Favoring Decisions on the Merits

While decisions on the merits are favored, that policy does not outweigh Defendant's failure to participate in the litigation. This factor does not preclude default judgment.

IV. **REQUESTED RELIEF**

Plaintiff respectfully requests that the Court enter default judgment against Defendant Buena Park Police Department and grant the following relief:

A. Monetary Damages

An award of damages in the amount of $25,000, as pled in the Complaint, for violations of Plaintiff's constitutional rights under 42 U.S.C. § 1983.

B. Declaratory Relief

A declaration that Defendant's refusal or failure to accept, document, and act upon Plaintiff's complaints of identity theft and fraudulent filings violated Plaintiff's rights to due process and equal protection.

C. Prospective Injunctive Relief

A prospective injunction requiring Defendant Buena Park Police Department to:

1. Accept and document citizen complaints alleging identity theft or misuse of personal identifying information;

2. Provide a police report number or written acknowledgment upon receipt of such complaints;

3. Refrain from arbitrary refusal or discriminatory treatment of Plaintiff's complaints.

D. Costs

An award of taxable costs, including the $50.00 sheriff's service fee reflected on the Proof of Service.

E. Post-Judgment Interest

Plaintiff seeks post-judgment interest on the monetary award pursuant to 28 U.S.C. § 1961.

V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter default judgment against Defendant Buena Park Police Department granting damages, declaratory relief, prospective injunctive relief, and costs as set forth above.

DATED: 12/17/2025

Respectfully submitted,

*[signature]*

SUSHANT GUPTA

Plaintiff, In Pro Per

DECLARATION OF SUSHANT GUPTA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Sushant Gupta, declare as follows:

1. I am the Plaintiff in this action. I submit this declaration in support of my Motion for Default Judgment against Defendant Buena Park Police Department. If called as a witness, I could and would testify competently to the matters stated herein.

2. Defendant Buena Park Police Department was properly served with the summons and Complaint. Proof of service has been filed with the Court.

3. On December 15, 2025, the Clerk of Court entered default against Defendant Buena Park Police Department pursuant to Federal Rule of Civil Procedure 55(a).

4. Defendant is not a minor, incompetent person, or a person in military service within the meaning of the Servicemembers Civil Relief Act.

5. The damages sought in this Motion do not exceed the amount demanded in the Complaint.

6. Defendant's failure to appear has caused and continues to cause Plaintiff harm by denying Plaintiff access to police services and equal protection of the laws.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 12/17/2025, at Anaheim, California.

*[signature]*

SUSHANT GUPTA

Plaintiff, In Pro Per

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST BUENA PARK POLICE DEPARTMENT

The Court, having considered Plaintiff's Motion for Default Judgment against Defendant Buena Park Police Department, the supporting papers, and the record in this action, finds that default was properly entered and that entry of default judgment is warranted.

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Default Judgment against Defendant Buena Park Police Department is GRANTED.

2. Default judgment is entered in favor of Plaintiff Sushant Gupta and against Defendant Buena Park Police Department.

3. Plaintiff is awarded damages in the amount of $25,000.

4. Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

5. The Court declares that Defendant's refusal or failure to accept and process Plaintiff's complaints violated Plaintiff's constitutional rights.

6. Defendant Buena Park Police Department is hereby ENJOINED, on a prospective basis, to accept and document

citizen complaints alleging identity theft or misuse of personal identifying information and to provide acknowledgment of such complaints.

7. Plaintiff is awarded taxable costs in the amount of $50.00.

IT IS SO ORDERED.

DATED: _____

HON. KENLY KIYA KATO

United States District Judge


# PROOF OF SERVICE

I, **Mulakh Raj**, declare as follows:

I am over the age of eighteen (18) years and not a party to this action. My mailing address is **8530 W. Commonwealth Avenue, Buena Park, California 90621**.

On **December 16, 2025**, I served the foregoing document entitled:

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST BUENA PARK POLICE DEPARTMENT (DAMAGES, DECLARATORY, AND INJUNCTIVE RELIEF)**

   **(Fed. R. Civ. P. 55(b)(2); C.D. Cal. L.R. 55-1)**

- [PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

by placing a true and correct copy thereof in a sealed envelope, with USPS Ground Advantage Tracking No. 9400130109355132498243, addressed to the following party, and depositing the envelope in the **United States mail at Buena Park, California**:

- **Buena Park Police Department**

**6640 Beach Boulevard, Buena Park, CA 90622**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **December 16, 2025**, at **Buena Park, California**.

*Mulakh Raj*

**Mulakh Raj**

Declarant