1  SUSHANT GUPTA

2  Plaintiff in Pro Per

3  211 S State College Blvd, #114

4  Anaheim, CA 92806

5  gupts6921@gmail.com

6  Tel: (714) 681-2216

7

8

9

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION (SANTA ANA)

10

11  **SUSHANT GUPTA**, an individual,

Case No.: 8:25-cv-02174-KK-BFM

12  Plaintiff,

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST INTUITIVE HEALING INSTITUTE LLC (DISSOLVED)**

13

14

15      v.

16

17  **CHRISTOPHER M. BRAINARD**,

18  et al.

**DECLARATION ESTABLISHING THE AMOUNT DUE**

19  Defendants.

20

IN SUPPORT OF PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT (As Required by F.R.C.P. 55(b) and C.D. Cal. Local Rule 55-1)

21

22

23

24

**[PROPOSED] ORDER GRANTING MOTION**

25

26

**[PROPOSED] DEFAULT JUDGMENT AGAINST INTUITIVE HEALING**

27

28

- 1 -

**INSTITUTE LLC**

**Hearing Date:** Not set
**Time:** Not set

**Hon. Brianna Fuller Mircheff**

**United States Magistrate Judge**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff **Sushant Gupta** moves this Court for entry of Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendant **Intuitive Healing Institute LLC**, a California limited liability company dissolved on **December 23, 2024**, for the damages pled in the Complaint.

Default was entered on **November 4, 2025** after the Defendant failed to appear, answer, or otherwise respond.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Sushant Gupta, accompanying Exhibits, the Court's record, and all evidence and argument presented at hearing.

## 2. MEMORANDUM OF POINTS & AUTHORITIES

## I. INTRODUCTION

Plaintiff seeks Default Judgment against **Intuitive Healing Institute
LLC** ("IHI LLC"), dissolved on December 23, 2024, but nevertheless
used throughout 2024–2025 to transmit fraudulent filings, false proofs
of service, fabricated notices, mailbox-based "office" addresses, and
other wrongful acts that caused Plaintiff financial, emotional, and
procedural harm.

The dissolved entity was used by **Lee Ann DiSalvo** (its manager) and
**Christopher M. Brainard** to legitimize improper filings, interfere
with escrow funds, and submit fraudulent litigation documents, some
involving Plaintiff's personal and identifying information.

After proper service, the entity failed to appear. Default was entered
on **November 4, 2025**. Plaintiff pled **$25,000 in damages**, plus costs,
which remain unrebutted.

## II. LEGAL STANDARD – RULE 55(b)(2)

A defaulted defendant is deemed to admit all well-pleaded allegations.
Fed. R. Civ. P. 55(b); *Geddes v. United Fin. Group*, 559 F.2d 557,
560 (9th Cir. 1977).

The Court considers the *Eitel* factors.
*Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).

All factors favor judgment here.

## III. APPLICATION OF THE EITEL FACTORS

1. Plaintiff will be prejudiced without judgment

Defendant never appeared. Without judgment, Plaintiff has no remedy.

**Favors judgment.**

2 & 3. Claims are meritorious and well-pleaded

The Complaint alleges:

- fraud

- litigation abuse

- misuse of a dissolved entity

- interference with escrow

- false proofs of service

- mailbox-based false addresses

- emotional and financial harm

These are accepted as true.

**Favors judgment.**

4. Amount at stake is reasonable

Plaintiff seeks:

- **$25,000** in damages (exactly as pled)

- **$175.36** costs

    This is modest and appropriate.

    **Favors judgment.**

    5. No dispute of material fact

Defendant did not appear.

**Favors judgment.**

    6. No excusable neglect

Service was proper; Defendant simply ignored the case.

**Favors judgment.**

    7. Policy favoring merits decisions does not apply

The Defendant's refusal to appear makes default appropriate.

**Favors judgment.**

---

## IV. DAMAGES AND COSTS

    A. Damages: $25,000 (as pled)

Rule 54(c) prohibits exceeding requested damages.

Plaintiff pled $25,000 specifically.

    B. Costs: $175.36

- $65.00 – Process server

- $11.95 – USPS Priority Mail

- $18.41 – Filing fee share

- $40.00 – FTR audio (10/10/2024 hearing)

- $40.00 – FTR audio (12/05/2024 hearing)

**Total: $175.36**

These are recoverable under 28 U.S.C. § 1920.

      C. Prejudgment Interest (10%)

Cal. Civ. Code § 3288 applies because the claims involve fraud. Interest accrues at **10% yearly** from the filing date.

      D. Post-Judgment Interest

Mandatory under 28 U.S.C. § 1961.

---

## V. ALTER-EGO FINDINGS REGARDING LEE ANN DISALVO

Although judgment cannot be entered directly against DiSalvo because she has appeared, the Court **may and should** make findings that:

- She was the manager and operator of IHI LLC.

- She continued to use the entity after dissolution (12/23/2024).

- She used it to transmit fraudulent filings and false service documents.

- The LLC had no independent corporate existence.

- It functioned as her alter-ego.

These findings support later enforcement via:

**Motion to Amend Judgment to Add Judgment Debtor (Alter-Ego)**
recognized in *Flynt Distrib. Co. v. Harvey*, 734 F.2d 1389 (9th Cir.
1984).

---

## VI. CONCLUSION

Plaintiff respectfully requests judgment for:

- **$25,000 damages**
- **$175.36 costs**
- **$18.41 — Filing-fee pro-rata allocation**
- **10% prejudgment interest**
- **Post-judgment interest**
- Findings of dissolution, fraud, misuse, and alter-ego status

Default judgment is warranted under Rule 55(b)(2).

---

## 3. DECLARATION ESTABLISHING THE AMOUNT DUE

IN SUPPORT OF PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT
(As Required by F.R.C.P. 55(b) and C.D. Cal. Local Rule 55-1)

I, **Sushant Gupta**, declare as follows:

1. I am the Plaintiff in this action. I make this declaration in support
   of my Motion for Default Judgment against **Intuitive Healing
   Institute LLC**, a dissolved California limited liability company. If
   called as a witness, I could and would testify competently to the
   following.

- 7 -

2. **Default was entered** by the Clerk of Court on **November 4, 2025** against Intuitive Healing Institute LLC.

3. **Defendant Intuitive Healing Institute LLC is a dissolved California limited liability company (dissolved December 23, 2024)** and therefore **cannot be a minor, incompetent person, or active military member** under the Servicemembers Civil Relief Act.

4. The **amount I request does not exceed the amount demanded in the Complaint**.

   My operative Complaint specifically sought **$25,000** in damages against this Defendant. I request **exactly $25,000** in damages.

5. **The exact amount due is as follows**:

   Damages

   - $25,000.00 — as pled in the Complaint

   Recoverable Costs

   - **$65.00** — Process server fee (Exhibit A)

   - **$11.95** — USPS Priority Mail postage for service (Exhibit B)

   - **$40.00** — "For The Record" audio for October 14, 2024 hearing (Exhibit C)

   - **$40.00** — "For The Record" audio for December 5, 2024 hearing (Exhibit D)

   - **$18.41** — Filing-fee pro-rata allocation (Exhibit E)

Total Costs: $175.36

TOTAL AMOUNT REQUESTED:

**$25,175.36**, plus statutory interest.

6. **Pre-Judgment Interest:**

Because this action involves claims of fraud and misrepresentation, I request **pre-judgment interest at 10% per annum** under **California Civil Code § 3288**, accruing from the date of filing of the Complaint until entry of judgment.

7. **Post-Judgment Interest:**

I request **post-judgment interest under 28 U.S.C. § 1961**, which is mandatory for all federal money judgments.

8. True and correct copies of the receipts and records supporting the costs listed above are attached as **Exhibits A through E**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 11/24/2025

Location: Anaheim, CA


**SUSHANT GUPTA**

Plaintiff, In Pro Per

# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:25-cv-02174-KK-BFM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  INTUITIVE HEALING INSTITUTE LLC

was received by me on *(date)*  09/26/2025  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Black made( did not provide his name) , a person of suitable age and discretion who resides there,

on *(date)*  09/26/2025 , and mailed a copy to the individual's last known address; or
**(USPS Priority mail, tracking No. 9505515069285276058541)**

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I rang the bell of the address "11626 Truro Ave, Hawthorne CA 90250", and a Black male ( aroun 65-70 age), 6 feet tall, around 240 pounds, came outside the door, and I told him that I have papers to serve for "Lee Ann Disalvo" who is the manager of "Intuitive Healing Institute LLC"(dissolved), he asked me to leave the premises, papers were handed over to him, neighbor identified him as a co resident, and previous process server/ Los Angeles sheriff did identify him as a co-resident of the address and lives with "Lee Ann Disalvo", Continued on (Attachment #1)

My fees are $  65.00  for travel and $  0.00  for services, for a total of $  65.00  .

I declare under penalty of perjury that this information is true.

Date:  11/02/2025

*Mulakh Raj*
*Server's signature*

MULAKH RAJ
*Printed name and title*

8530 W Commonwealth Ave, Buena Park, CA 90621

*Server's address*

Additional information regarding attempted service, etc:

Please see Attachment #1

# EXHIBIT B

HISTORIC YEAR.
RESH



**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL**

PRIORITY MAIL
FLAT RATE PADDED ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

Retail

P | US POSTAGE PAID
$11.95
Origin: 92507
10/03/25
0565520507-55

PRIORITY MAIL®

1 Lb 10.70 Oz

RDC 03

EXPECTED DELIVERY DAY: 10/08/25

C009

SHIP TO:
11626 TRURO AVE
HAWTHORNE CA 90250-2121

USPS TRACKING® #



9505 5150 6928 5276 0585 41

P S 0 0 0 0 1 0 0 0 0 1 6

EP14PE July 2022
ID: 9.5 x 12.5

**FROM:**

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
MULAKH RAJ
8530 W Commonwealth
Ave, Buena Park CA 90621

TO:
INTUITIVE HEALING
INSTITUTE LLC
11626 Truro Ave,
Hawthorne CA 90250

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

SpongeB
Oooh, wh
from

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

how2recycle.info

# EXHIBIT C

 **For The Record**™

**RECEIPT**

FTR, Ltd.

*On behalf of*

LA Superior Court

**ORDER #: LX17904**

Completed Date: 07/08/2025

**Billed To**

Sushant Gupta
gupts6921@gmail.com

| Type | Description | Payment Method |
|------|-------------|----------------|
| Audio Recording | Case Title: Gupta vs Disalvo<br>Location: Spring Street Courthouse - Department 26<br>Hearing Date: October 14, 2024 | MasterCard - 8426 |

**Order Total:**   $40.00
**Balance Owing:**   $0.00

Contact Support

# EXHIBIT D

 **For The Record**™

**RECEIPT**

FTR, Ltd.

**ORDER #: LX18101**

*On behalf of*

Completed Date: 07/11/2025

## LA Superior Court

**Billed To**

Sushant Gupta
gupts6921@gmail.com

| Type | Description | Payment Method |
|---|---|---|
| Audio Recording | Case Title: gupta vs disalvo<br>Location: Spring Street Courthouse - Department 26<br>Hearing Date: December 5, 2024 | MasterCard - 8426 |

**Order Total:** $40.00
**Balance Owing:** $0.00

Contact Support

# EXHIBIT E



# U.S. District Court

## California Central - Santa Ana

Receipt Date: Sep 25, 2025 4:06PM

Sushant Gupta

Rcpt. No: 2030          Trans. Date: Sep 25, 2025 4:06PM          Cashier ID: #DV (4014)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | DCAC825CV002174<br>**FBO**: Sushant Gupta | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# PROOF OF SERVICE

I, **Mulakh Raj**, declare:

I am over the age of 18 and not a party to this action. I reside or work at:

**8530 W Commonwealth Ave, Buena Park, CA 90621**

On **November 23, 2025**, I served the following documents:

---

## DOCUMENTS SERVED

1. **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST INTUITIVE HEALING INSTITUTE LLC (DISSOLVED)**

2. **DECLARATION ESTABLISHING THE AMOUNT DUE(With A-E Exhibits)**

   IN SUPPORT OF PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT (As Required by F.R.C.P. 55(b) and C.D. Cal. Local Rule 55-1)

3. **[PROPOSED] ORDER GRANTING MOTION**

4. **[PROPOSED] DEFAULT JUDGMENT AGAINST INTUITIVE HEALING INSTITUTE LLC**

---

## METHOD OF SERVICE

   1. Electronic Mail

I caused true and correct copies of the above-listed documents to be served via email on the following recipients:

- **Joshua K. Partington (Snell & Wilmer LLP)**

  Email: jpartington@swlaw.com

- **Rachel A. McMains (Snell & Wilmer LLP)**

  Email: rmcmains@swlaw.com

- **Lindsay N. Frazier-Krane (Cummings, McClorey, Davis & Acho)**

  Email: lkrane@cmda-law.com

- **Brennan Jeffrey Shaw**

  Email: bshaw@lbaclaw.com

- **Thurgood Wynn (Jones & Mayer)**

  Email: tmw@jones-mayer.com

- **Christopher M. Brainard**

  Email: christopherbrainard@gmail.com

- **Sergeant Daniel Diaz (Fullerton Police Department)**

  Email: daniel.diazjr@fullertonpd.org

- **Detective Nick Curtis (Fullerton Police Department)**

  Email: ncurtis@fullertonpd.org

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 24, 2025**, in **Orange County, California.**

Signature: *Mulakh Raj*

Name: **Mulakh Raj**