**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SUSHANT GUPTA, <br><br> Plaintiff, <br> v. <br><br> CHRISTOPHER M. BRAINARD, et al., | No. 8:25-cv-02174-KK-BFM <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation (ECF 248, 257, 259, 260), and Defendants' Responses to Plaintiff's Objections (ECF 249, 258, 261). The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.      Plaintiff's Objections to the Magistrate Judge's February 13, 2026 Order (ECF 248) are **overruled**;[1]

---

[1] The Court finds the Magistrate Judge's  (1) denial of Plaintiff's Ex Parte Application for Leave to File Supplemental Exhibits (ECF 223), (2) denial of Plaintiff's Motion for Leave to Conduct Limited Discovery (ECF 229), (3) direction to the Clerk of Court to not issue any subpoenas to Plaintiff absent further court

2. The Report and Recommendation is accepted;

3. Plaintiff's filing of a Third Amended Complaint is construed as a request for leave to amend his Second Amended Complaint. His Third Amended Complaint (ECF 24) is accepted as Plaintiff's operative complaint;

4. Plaintiff's request for leave to file his proposed sur-reply (ECF 235) is **granted**;

5. The Judicial Defendants' Request for Judicial Notice (ECF 121) is **granted**;

6. The Judicial Defendants' Motion to Dismiss (ECF 120) is **granted**;

7. Defendant DiSalvo and Brainard's Motion to Dismiss (ECF 32) is **granted** insofar as it argues that federal jurisdiction is lacking;

8. Plaintiff's Motion for Leave to File Fourth Amended Complaint (ECF 115) is **denied**;

9. Plaintiff's federal claims are dismissed with prejudice and his state law claims are dismissed without prejudice;

10. The Court declines to grant further leave to amend the dismissed claims; and

///

///

///

order, and (4) warning to Plaintiff that improper use of private information is sanctionable were not "clearly erroneous" or "contrary to law" in light of, respectively, the fact further evidentiary support was not needed to resolve the motion to dismiss at issue, Plaintiff's failure to demonstrate good cause warranting early discovery, the Court's prior admonishments to Plaintiff against serving subpoenas prior to the commencement of discovery, and the possibility Plaintiff obtained private information via improperly issued subpoenas. See Fed. R. Civ. P. 72(a).

2

11. Judgment shall be entered dismissing the action consistent with this Order.

Dated: April 13, 2026

_____

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE