JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

SUSHANT GUPTA,

      Plaintiff,

  v.

CHRISTOPHER M. BRAINARD, et al.,

No. 8:25-cv-02174-KK-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Plaintiff's federal claims are dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice.  (JS-6)

Dated:  April 13, 2026



_____

  HONORABLE KENLY KIYA KATO
  UNITED STATES DISTRICT JUDGE